ORIGINAL

RECEIVED
FEB 2 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s) KAEPER MACHINE, INCORPORATED

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] CYRUS E. PHILLIPS, IV

Firm Name: ATTORNEY-AT-LAW

Post Office Box: 05- 183C

Street Address: 1828 L STREET, N.W., SUITE 660

City-State-Zip: WASHINGTON, D.C. 20036-5112

Telephone & Facsimile Numbers: 202-466-7008 / 202-466-7009

E-mail address: LAWYER@PROCUREMENT-LAWYER.COM

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 123,279

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003