IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAEPER MACHINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-183C |
| v. | ) | |
| | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 calendar days, to and including May 4, 2005, in which to respond to plaintiff's complaint. Defendant's response is presently due April 4, 2005. This is defendant's first request for an enlargement of time. Government counsel has informed plaintiff's counsel of this motion and represents that plaintiff does not oppose it.

The additional time is requested so Government counsel can adequately prepare and file the Government's response to the complaint. Government counsel has requested a litigation report from the appropriate agency, which is the Defense Logistics Agency. The agency headquarters forwarded the complaint and request for litigation report to agency counsel in Ohio, who is better able to provide the factual basis for a litigation report. The delay occasioned by this re-assignment, however, has prevented agency counsel from being able to prepare the litigation report in a timely manner. Thus, the additional time requested is necessary for Government counsel to adequately investigate the facts of this case and respond to the allegations in plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

March 24, 2005

Attorneys for Defendant