# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: June 21, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * *
**KAEPER MACHINE, INCORPORATED,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Defendant's unopposed motion, filed June 20, 2005, for a 3-day enlargement of time for the parties to file the joint preliminary status report is **GRANTED**. Accordingly, the parties shall file their joint preliminary status report by **Thursday, June 23, 2005.**

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges