# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: June 28, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **KAEPER MACHINE,** | * |
| **INCORPORATED,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court hereby **SCHEDULES** a joint preliminary status conference for **Friday, July 8, 2005 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 466-7008; counsel for defendant at (202) 305-7586. The court will initiate the call.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges