# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: July 11, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **KAEPER MACHINE,** | * |
| **INCORPORATED,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Based on the July 8, 2005 telephonic status conference, the court orders as follows:

Discovery shall close on **December 31, 2005**;

The parties shall file a joint status report proposing the next steps in the litigation by **Monday, January 16, 2005.**

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges