# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: January 4, 2006)**

| | |
|---|---|
| **KAEPER MACHINE, INCORPORATED,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## O R D E R

Defendant's unopposed motion, filed December 29, 2005, for an enlargement of time of two months for the parties to conclude discovery is **GRANTED**. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **February 28, 2006** | Close of Discovery |
| **March 14, 2006** | The parties shall file a joint status report proposing the next steps in the litigation. |

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges