IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAEPER MACHINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-183C |
| v. | ) | |
| | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO TAKE DEPOSITION IN PRISON

Pursuant to RCFC 30(a)(2), defendant, the United States, respectfully requests leave of the Court to take the deposition of Mr. Se Keun ("Jim") Oh, who is currently confined in the medium-security Federal Correctional Institution at Elkton, Ohio as a result of his convictions for multiple counts of fraud against the United States. We have discussed this matter with counsel for plaintiff and represent that he does not oppose this motion.

Mr. Oh's deposition is necessary because he was the owner of Euclid Machine, plaintiff's subcontractor which fabricated the armor housing assemblies that are the subject of this litigation. We have contacted the Bureau of Prisons to arrange Mr. Oh's deposition and are informed that Mr. Oh's deposition cannot be scheduled until we have procured a court order authorizing it, pursuant to RCFC 30(a)(2).

For these reasons, we respectfully request that the Court issue an order granting leave for the United States to take the deposition of Mr. Se Keun ("Jim") Oh, currently incarcerated at the Federal Correctional Facility at Elkton, Ohio.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

February 7, 2006

Attorneys for Defendant