# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: February 10, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **KAEPER MACHINE,** | * |
| **INCORPORATED,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Defendant's unopposed motion, filed February 7, 2006, for leave pursuant to Rule 30(a)(2) of the Rules of the United States Court of Federal Claims to take the deposition of Mr. Se Keun ("Jim") Oh, who is currently confined in the medium-security Federal Correctional Institution at Elkton, Ohio, is **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges