IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAEPER MACHINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-183C |
| v. | ) | |
| | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of two months, to and including April 30, 2006, for the parties to conclude discovery. Discovery is presently set to end on February 28, 2006. Government counsel has attempted to contact counsel for plaintiff, but was unable to discuss this matter with him prior to filing this motion.

The additional time is requested to allow for depositions of employees of the plaintiff. As the Court is aware, Mr. Oh, the owner of Euclid Machine, is confined at the Federal Correctional Institution at Elkton, Ohio. We have provided the warden of the prison with the Court's order authorizing Mr. Oh's deposition, but have not yet completed the logistical arrangements for the deposition. We anticipate scheduling of the deposition to be completed shortly.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

February 27, 2006

Attorneys for Defendant