# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: March 2, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **KAEPER MACHINE,** | * |
| **INCORPORATED,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

Defendant's motion, filed February 27, 2006, for an enlargement of time of two months for the parties to conclude discovery is **GRANTED**. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **Monday, May 1, 2006** | Close of Discovery |
| **Monday, May 15, 2006** | The parties shall file a joint status report proposing the next steps in the litigation. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges