IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAEPER MACHINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-183C |
| v. | ) | |
| | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of two months, to and including June 30, 2006, for the parties to conclude discovery. Discovery is presently set to end on April 30, 2006. Government counsel has discussed this motion with counsel for plaintiff and represents that he does not oppose this motion.

The additional time is requested to allow for depositions of employees of the plaintiff. As the Court is aware, we have been seeking to conduct a deposition of Mr. Oh, the owner of Euclid Machine, who is confined at the Federal Correctional Institution at Elkton, Ohio ("Elkton"). We have been in contact with the Warden's Office at Elkton, but they have not yet concluded the national agency check necessary to permit our entry for the depositions. We have very recently received the appropriate background check forms and have forwarded one to plaintiff's counsel and expect that the clearance will come a few weeks after they are completed by counsel and the court reporter.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

April 28, 2006

Attorneys for Defendant