# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: May 1, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**KAEPER MACHINE, INCORPORATED,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed April 28, 2006, for an enlargement of time of two months for the parties to conclude discovery is **GRANTED**. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **Friday, June 30, 2006** | Close of Discovery |
| **Friday, July 14, 2006** | The parties shall file a joint status report proposing the next steps in the litigation. |

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges