IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAEPER MACHINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-183C |
| v. | ) | |
| | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's May 1, 2006 order, the parties respectfully submit this joint status report to inform the Court of the status of the case and to propose further proceedings in this matter.

Discovery has been completed and both parties believe that the case is suitable for resolution by cross-motions for summary judgment. Accordingly, we respectfully propose the following schedule:

Plaintiff's opening brief to be filed on or before August 11, 2006.

The Government's opening brief to be filed on or before September 11, 2006.

Plaintiff's reply brief to be filed on or before September 25, 2006.

The Government's reply brief to be filed on or before October 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark D. Melnick
MARK D. MELNICK
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

July 14 , 2005 — Attorneys for Defendant

s/ Cyrus E. Phillips, IV
CYRUS E. PHILLIPS, IV
1828 L Street, NW
Suite 660
Washington, DC 20036
Tele: (202) 466-7008
Fax: (202) 466-7009

July 14, 2005 — Attorney for Plaintiff