# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: July 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**KAEPER MACHINE,** *
**INCORPORATED,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the joint status report, filed July 14, 2006, indicating the discovery is complete and propose a briefing schedule for cross-motions for summary judgment. The court adopts the schedule proposed by the parties. Accordingly, the deadline are as follow:

| | |
|---|---|
| August 11, 2006 | Plaintiff's motion for summary judgment; |
| September 11, 2006 | Defendant's response to plaintiff's motion for summary judgment and its cross-motion for summary judgment; |

| | |
|---|---|
| September 25, 2006 | Plaintiff's reply in support of its motion for summary judgment and its response to defendant's cross-motion for summary judgment; |
| October 10, 2006 | Defendant's reply in support of its cross-motion for summary judgment. |

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges