# In the United States Court of Federal Claims

| | |
|---|---|
| KAEPER MACHINE, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-183C<br>Judge Nancy B. Firestone |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to RCFC 56(a), Plaintiff, Kaeper Machine, Incorporated, 8680 Twinbrook Road, Mentor, Ohio 44060-4341 (Kaeper Machine), herewith Moves for Summary Judgment, this upon all the Claims for declaratory and injunctive relief set out in Kaeper Machine's Complaint filed February 2nd, 2005. There are twenty Attachments to this Motion for Summary Judgment. These Attachments are documentary evidence produced by Defendants in response to Plaintiff's Requests for Production of Documents served on July 11th, 2005. These Attachments are filed with this Motion for Summary Judgment as permitted by RCFC 56(h)(1). Also

with this Motion for Summary Judgment, Kaeper Machine is filing the Proposed Findings of Uncontroverted Fact required by RCFC 56(h)(1) and a Brief in Support of Plaintiff's Motion for Summary Judgment, this as allowed by RCFC 7(b)(1).

Plaintiff respectfully moves for a Summary Judgment upon all of Plaintiff's Claims, and requests: (a) that this Court declare as improper and unlawful the Defendants' Procuring Contracting Officer's termination of Purchase Order Number SP0750-04-M-9839 as "lapsed" on October 12th, 2004; (b) that this Court order the Defendants' Procuring Contracting Officer to proceed with the termination of Purchase Order Number SP0750-04-M-9839 under the Terms and Conditions—Simplified Acquisitions (Other Than Commercial Items) (January 2004) clause, Federal Acquisition Regulation [48 C.F.R.] 52.213-4(f); and (c) that this Court grant such other and further relief as may be just and proper.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
August 10th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Kaeper Machine, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Thursday, August 10th, 2006 a true and complete copy of this Motion for Summary Judgment, and true and complete copies of all of its Attachments, was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

J. Reid Prouty, Esq.

Electronic Mail: J.Reid.Prouty@usdoj.gov

Attorney of record for Defendant,
Defense Supply Center Columbus.

/s/ Cyrus E. Phillips, IV

________________________
Cyrus E. Phillips, IV

Attorney of record for Plaintiff,
Kaeper Machine, Incorporated.