# ATTACHMENT 1

# ORDER FOR SUPPLIES OR SERVICES

*(Contractor must submit four copies of invoice.)*

*Form Approved OMB No. 0704-0187 Expires Jun 30, 1997*

PAGE 1 OF 10

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES.**
**SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.**

| 1. CONTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER (YYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0750-04-M-9839 | | 2004 FEB 20 | RPC03251000965 | DOA4 |

6. ISSUED BY — CODE SP0700

Defense Supply Center Columbus
3990 E.Broad St.
P.O. Box 16704
Columbus,OH 43216-5010
Local Administrator: PLLXCAN (614)692-4005 / FAX: (614)693-1577
E-mail: Cerita.Sellers@dla.mil

7. ADMINISTERED BY *(If other than 6)* — CODE S3603A

DCMA CLEVELAND
ADMIRAL KIDD CENTER
555 EAST 88TH STREET
BRATENAHL OHIO 44108-1068

CRITICALITY: A

8. DELIVERY FOB
X DEST
☐ OTHER
*(See Schedule if other)*

9. CONTRACTOR — CODE 1HFX2 — FACILITY CODE

NAME AND ADDRESS
KAEPER MACHINE, INC.
8680 TWINBROOK RD 8680 TWINBROOK RD
MENTOR OH 44060-4341

10. DELIVER TO FOB POINT BY *(Date)* (YYMMMDD): 185 DAYS ADO

11. MARK IF BUSINESS IS
☐ SMALL
X SMALL DISADVANTAGED
☐ WOMEN-OWNED

12. DISCOUNT TERMS: 00.500% 10 days, NET 30 days

13. MAIL INVOICES TO: See Block 15

14. SHIP TO — CODE

See Schedule - Do Not Ship to Address in Block 6

15. PAYMENT WILL BE MADE BY — CODE HQ0337

HQ0337 DFAS COLUMBUS CENTER
NORTH ENTITLEMENT OPERATIONS
P O BOX 182266
COLUMBUS OH 43218-2266

EFT: T

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER

☐ DELIVERY — This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.

X PURCHASE — Reference your **offer dated 2003 DEC 01** and furnish the following on terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYMMMDD) |
|---|---|---|---|
| | | | |

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

CG: 97X4930 5CC0 001 26.0 S33150

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | Remarks: ACCELERATED DELIVERY IS ACCEPTABLE AND DESIRED AT NO COST TO THE GOVERNMENT. | TOTAL: 146 | | | |

* *If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.*

24. UNITED STATES OF AMERICA — Rose Maynard — PLLEBA2
BY: Rose M. Maynard
CONTRACTING/ORDERING OFFICER

25. TOTAL: $ 125268.00
29. DIFFERENCE
30. INITIALS

26. QUANTITY IN COLUMN 20 HAS BEEN
☐ INSPECTED ☐ RECEIVED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

☐ PARTIAL ☐ FINAL

VOUCHER NO.

31. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐ FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY *(Print)* | 39. DATE RECEIVED (YYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

| CONTINUATION SHEET | Order Number: SP0750-04-M-9839 | PAGE 2 | OF PAGES 10 |
|---|---|---|---|

Packaging - Inspection and Acceptance Address:
22931

FOREST CITY COMPANIES, INC.
3607 WEST 56TH ST.
CLEVELAND OH 44102-5739

**SECTION B**

PR RPC03251000965
NSN 2530-00-832-5258

ITEM DESCRIPTION:

HOUSING ASSEMBLY, SUSPENSION. CAST STEEL ARMOR. USE DRAWING 8676189, REVISION J, FOR THE ITEM'S GRAPHICS; REVISION K FOR ALL ELSE. THE 8-3/8 (8.38) INCH DIMENSION IN SECTION E-E SHALL HAVE A TOLERANCE OF +/- 0.06.

"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS."

THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A "TAILORED" PROGRAM MEETING THE FOLLOWING ISO 9002 PARAGRAPHS APPLIES:
4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT
4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED
4.7, CUSTOMER-SUPPLIED PRODUCT:
4.8, PRODUCT IDENTIFICATION & TRACEABILITY:
4.10, INSPECTION & TESTING:
4.11, INSPECTION, MEASURING & TEST EQUIPMENT:
4.12, INSPECTION AND TEST STATUS:
4.13, CONTROL OF NONCONFORMING PRODUCT:
4.14, CORRECTIVE AND PREVENTIVE ACTION:
PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY
4.16, QUALITY RECORDS:
FAR CLAUSE 52.246-11 APPLIES

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | Order Number: SP0750-04-M-9839 | PAGE 4 OF PAGES 10 |
| --- | --- | --- |

**SECTION B**

DLAD CLAUSE 52.246-9004, PRODUCT VERIFICATION TESTING, IS HEREBY INCORPORATED, AND MAY BE INVOKED AT THE DISCRETION OF THE PROCUREMENT ACTIVITY.

CRITICAL APPLICATION ITEM

I/A/W DRAWING NR 19207 12369003
REFNO DTD 87 NOV 20
AMEND NR E DTD 01 FEB 28
TYPE NUMBER:
SPECIFICATION

I/A/W DRAWING NR 19207 8364404
REFNO DTD 52 JUN 29
AMEND NR F DTD 99 OCT 31
TYPE NUMBER:
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 19207 8676189
REFNO DTD 58 NOV 26
AMEND NR K DTD 97 OCT 31
TYPE NUMBER:
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 19207 8676189
REFNO DTD 58 NOV 26
AMEND NR J DTD 88 AUG 01
TYPE NUMBER:
"REFERENCE MATERIAL-INCLUDES HANDBOOKS, MANUALS, PRICE LISTS, REGISTRIES, DIRECTORIES, BOOKS, ETC."

I/A/W DRAWING NR 19207 8676190
BASIC DTD 58 NOV 26
AMEND NR F DTD 97 OCT 31
TYPE NUMBER:
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 19207 8676210
REFNO DTD 51 NOV 26
AMEND NR B DTD 97 SEP 30
TYPE NUMBER: RADIOGRAPHIC POSITION CHART
"DETAILED DRAWING (ONE ITEM)"

I/A/W STD NR MIL-HDBK-1265 (MIL-R-11469)
REFNO DTD 98 AUG 19
AMEND NR DTD
TYPE NUMBER:
THE SPECIFICATION OR STANDARD CITED IS TO BE USED IN LIEU OF THE DOCUMENT IDENTIFIED WITHIN

**CONTINUED ON NEXT PAGE**

## SECTION B

THE PARENTHESES.

I/A/W SAE AS15003 (MS15003)
REFNO DTD 01 MAY 01
AMEND NR DTD
TYPE NUMBER:
THE SPECIFICATION OR STANDARD CITED IS TO BE
USED IN LIEU OF THE DOCUMENT IDENTIFIED WITHIN
THE PARENTHESES.

| ITEM | PR | PRLI | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | RPC03251000965 | 0001 | 146 | EA | $858.00000 | $125268.00 |

QTY VARIANCE: PLUS 0% MINUS 0%
INSPECTION POINT: ORIGIN
ACCEPTANCE POINT: ORIGIN

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 20: CLNG/DRY = 1: PRESV MAT = 09:
WRAP MAT = GB: CUSH/DUNN MAT = AD: CUSH/DUNN THKNESS = X:
UNIT CONT = E5: OPI = O:
INTRMDTE CONT = DO: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 - NO SPECIAL MARKING.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV D
DATED 1277
SUPPLEMENTAL INSTRUCTIONS
.

DOD BAR CODE MARKING REQUIRED IN ACCORDANCE WITH
MIL-STD-129 (LATEST REVISION) MARKING AND BAR
CODING IN ACCORDANCE WITH AIM BC1.

DELIVER FOB: DESTINATION BY: 2004 AUG 23

PARCEL POST/FREIGHT ADDRESS:

SW3120
DEF DIST DEPOT ANNISTON
TRANS OFFICER 256-235-6031
7 FRANKFORD AVE BLDG 362
ANNISTON AL 36201-4199

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Order Number: SP0750-04-M-9839 | PAGE 6 | OF PAGES 10 |
|---|---|---|---|

**SECTION B**

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REMIT PAYMENT TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONTINUED ON NEXT PAGE**

**Full text of all DLAD/DSCC clauses listed within this individual solicitation are contained in the DSCC Master Solicitation, current version found at http://DIBBS.dscc.dla.mil/refs/provclauses . Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at http://www.dla.mil/j-3/j-336/icps.htm The clauses/provisions incorporated by reference have the same**

**force and effect as if they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of an inconsistency between the Master Solicitation and the individual solicitation/award, the**

**provision of the individual solicitation/award shall govern.**

**DSCC NOTE - PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL CONTRACTOR REGISTRATION:** Unless otherwise stated in the remarks section of this contract/order, the payment information contained in the CCR has precedence over any other payment information that may be printed in the Remittance Address field of this contract/order.

**For Simplified Acquisitions (under $100,000) quoters may respond electronically via the DSCC Internet Bid Board System (DIBBS) at http://DIBBS.dscc.dla.mil or by facsimile to the buyer's fax number.**

**A03A - NOTIFICATION OF REJECTION OF UNILATERAL AWARD (DSCC 52.242-9C05) (OCT 2002)**

NOTE: Not applicable to Bilateral Purchase Orders.

The Government's offer to purchase, as evidence by this order, is made on the basis of your quotation. Although you are not legally obligated to perform, you should promptly notify the administrative contracting officer if you do not intend to perform this order by the specified delivery date. Prompt notification means as soon after receiving notice of award as practicable given the circumstances. **Failure to provide prompt notice will adversely affect your past performance Automated Best Value System score if this order is later cancelled at other than the Government's request.**

**SECTION B**

**B03 - DSCC WEB SITE (DSCC 52.204-9C03) (OCT 2002)**

The DSCC Master Solicitation is available on the Internet via the DSCC Web Site at **http://DIBBS.dscc.dla.mil**
Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at **http://www.dla.mil/j-3/j-336/icp.htm**

**B05 - EEO COMPLIANCE NOTICE (DSCC 52.222-9C01)(AUG 2003)**

If the contactor certifies in Provision FAR 52.222-22 and/or FAR 52.222-25 (or FAR 52.212-3 for commercial items) that it has NOT previously participated in a contract or subcontract subject to the Equal Opportunity Act or Affirmative Action Programs (requiring filing at the time of that award), and/or it has NOT filed the programs or plans required by these provisions, and/or if the contractor certifies he/she has 50 or more employees, then this award is subject to the contractor filing the required documents with the applicable Regional Office of the Department of Labor (see FAR 22.609) within 120 days after date of award.

**SECTION D**

**D02a - PACKAGING AND MARKING REQUIREMENTS (DSCC 52.246-9C41) (MAR 2002)**

Packaging and marking requirements for items being procured shall be accomplished as stated herein. (See Section B)

The items identified in Section B shall be Preserved, Packaged, Packed and Marked in accordance with MIL-STD-2073-1D and Marked in accordance with MIL-STD-129N.

**D03 - PACKING LIST/INVOICE/SHIPPING DOCUMENTS (JUN 2000) (DSCC 52.211-9C17)**

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following: Complete MARK FOR including requisition (TCN) number; Order Number; CLIN; National Stock Number (NSN) or Part Number if NSN is not available; Quantity; Unit of Issue; and Preparation for Delivery requirements such as MIL-STD-2073 Coded Packaging, QUP, and Military Preservation Methods.
(c) In addition for all DIRECT SHIPMENTS to overseas AND domestic consignees, including shipments to Consolication and Containerization, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/ exterior pack. (This paragraph 'c' is not applicable to shipments to a Government Packing Facility)

**D06 - EXPEDITED HANDLING SHIPMENTS (DSCC 52.211-9C15) (JUN 2002)**

(1) The Contractor will mark all 'expedited handling' shipments with identifying labels. 'Not Mission Capable Supply' (NMCS) formerly (NORS) condition '999' shipments shall be marked with two 999 Labels on each container. For NMCS conditions other than 999, containers shall be marked with two NMCS (formerly (NORS) labels. Tags shall be used when labels are impractical. Place one label adjacent to the address and the other label on the opposite side of the container. Use the largest labels that will fit.

(2) When shipping overseas by freight, a DD Form 1387, Military Shipping Label (see D07, DSCC 52.211-9C18) is required. Enter the code '999' or 'NMCS' as applicable in the required delivery date (RDD) block, and insert a large '1' in the box entitled Trans Priority.

(3) Method of shipment will be in accordance with Clause F05 (DCC 52.247-902) or F06 (DSCC 52.247-9C03).

**D07 - LABELS (JUL 2001) (DSCC 52.211-9C18)**

DD Form 1387, Military Shipment Labels, are required for all overseas shipments to water or air terminals and Consolidation and Containerization Points and must be used in accordance with 4.3 of MIL-STD-129N. Although use of the DD Form 1387 is not required, it is preferred for shipments to CONUS locations as well. (Labels are not required for Parcel Post shipments to any destination.) A copy of the DD Form 1387 may be downloaded at www.dscc.dla.mil/Offices/Packaging/Forms.html.

**D08 - SHIPPER'S DECLARATION FOR DANGEROUS GOODS (MAR 2002) (DSCC 52.211-9C20)**

Any item that contains dangerous material which by virtue of its properties is flammable, corrosive, combustible, explosive, toxic, radioactive, unduly magnetic, or which contains oxidizing agents or is otherwise hazardous shall not be offered for transportation by military air until properly packed and marked in accordance with military publication Preparation of Hazardous Materials for Military Air Shipment, AFM 24-204/TM 38-250/NAVSUP PUB 505/MCO P4030.19H, DLAI 4145.3. A Shipper's Declaration for Dangerous Goods shall be prepared and affixed to each package in accordance with MIL-STD-129N and the military publication cited above.

**D14 - PALLETIZATION REQUIREMENTS (DSCC 52.211-9C01) (JUL 2002)**

Shipments of identical items packed in four or more shipping containers exceeding a total of 48 cubic feet per destination shall be palletized except when the shipping containers are required to be skidded or a quantity of four shipping containers per pallet exceeds the size or weight limitations for palletized loads. Complete information concerning requirements for palletization can be found at:

http: //www.dscc.dla.mil/downloads/packaging/dc1636p001.doc

**SECTION E**

**E01 - CLAUSES INCORPORATED BY REFERENCE**

FAR 52.246-16 - Responsibility for Supplies (APR 1984)

**CONTINUED ON NEXT PAGE**

**E02 - INSPECTION OF SUPPLIES-FIXED PRICE (FAR 52.246-2) (AUG 1996)**

**E03 - INSPECTION AT ORIGIN (DSCC 52.246-9C01) (JUN 2001)**

(a) Inspection for compliance with contract requirements will be performed at origin by an authorized Government inspector.

(b) Inspection prior to shipment will be based on the following:

(1) For CLIN(S) described by a Military or Federal specification or purchase description contractor must present evidence showing compliance with all contract and specification requirements including preparation for delivery.

(2) For CLIN(S) described by manufacturer's name/code and part number,

(i) Contractor must present evidence of performance of all quality assurance requirements specified in the contract and assure that item will serve its intended purpose by performing examinations and tests to determine (A) completeness of item, (B) absence of rust, contamination, or deterioration, (C) correct identification, (D) absence of any damage, and (E) compliance with preparation for delivery. If the contractor is not the manufacturer of the supplies, evidence must be furnished to establish that the supplies were produced by the manufacturer.

(ii) The word 'manufacturer' means the actual manufacturer of each CLIN. The QAR may require that evidence be furnished establishing the name and address of the plant that manufactures each CLIN to assure that a domestic product is being supplied.

(3) For CLIN(S) designated as Former Government Surplus (whether described by manufacturer's name/code and part number, or by Military or Federal specification or drawing); the original package markings of each item shall be verified to previous Government contract number and part number (as specified in DLAD Clause 52.211-9000, Section I of the award). Any deviation from this number shall be cause for rejection of the item.

**Note:** Additional inspection requirements may be required, based on the evaluation of the surplus offer, by the procuring activity. Such additional requirements, if necessary, will be identified before the award.

(c) **Inspection Points:**

**SUPPLIES**
(X) Same as Offeror
Applicable to CLIN(s): ALL

( ) Other (CAGE, Name, Street Address, City, State and Zip Code)

Applicable to CLIN(s):

Applicable to CLIN(s):

**PACKAGING**

( ) Same as Offeror
Applicable to CLIN(s):

( ) Same as above

(X) Other (CAGE, Name, Street Address, City, State and Zip Code)

FOREST CITY COMPANIES INC (22931)

3607 W. 56TH ST

CLEVELAND, OH 44102-5739

Applicable to CLIN(s): ALL

Applicable to CLIN(s):

**E04 - ACCEPTANCE AT ORIGIN (DSCC 52.246-9C02) (NOV 1995)**

Acceptance will be performed by an authorized Government Representative at origin. The point of acceptance will be the point of last inspection before shipment unless otherwise indicated by the offeror.

NOTE: For contracts awarded on F.O.B. Destination basis, contractor must comply with FAR 52.247-48, FOB Destination -Evidence of Shipment, in order for payment to be made prior to receipt of the supplies at destination. Contracts for commercial items awarded under Part 12 procedures must be in accordance with the requirements of 52.212-5.

**E06 - MATERIAL INSPECTION AND RECEIVING REPORT (DFARS 252.246-7000) (MAR 2003)**

**E14a - HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (TAILORED ISO 9002) (FEB 1999) (DSCC 52.246-9C44)**

NOTICE:
When the Contractor is not the manufacturer of the items to be furnished, the Contractor represents it is offering to furnish items produced in a manufacturing facility conforming to the higher-level quality standard required in this purchase order/contract. When requested, either prior to award or at time of Government inspection, the Contractor shall furnish evidence to document this representation (e.g., the Contractor's purchasing system contracts and records; in-plant audits of the manufacturer's quality system by third parties; registration/certification documents; and/or other relevant supporting documents).

**E18 - PRODUCT VERIFICATION TESTING (DLAD 52.246-9004) (JUN 1998)**

**E23 - SUBSTITUTION OF ITEM AFTER AWARD (DSCC 52.246-9C13) (JAN 1999)**

**E32 - RECORDS RETENTION REQUIREMENTS (DSCC 52.204-9C01) (JUN 1980)**

**SECTION F**

**F01 - SOLICITATION CLAUSES INCORPORATED BY REFERENCE**

FAR 52.211-17 - Delivery of Excess Quantities (SEP 1989)
FAR 52.242-15 - Stop-Work Order (AUG 1989)
FAR 52.242-17 - Government Delay of Work (APR 1984)
FAR 52.247-48 - F.O.B. Destination - Evidence of Shipment (FEB 1999) (When F.O.B. Destination and Inspection/Acceptance at Origin applies)
FAR 52.247-52 - Clearance and Documentation Requirements - Shipments to DOD Air or Water Terminal Transshipment Points (APR 1984)
FAR 52.247-58 - Loading, Blocking, and Bracing of Freight Car Shipments (APR 1984)
FAR 52.247-59 - F.O.B. Origin - Carload and Truckload

CONTINUED ON NEXT PAGE

Shipments (APR 1984)
FAR 52.247-61 - F.O.B. Origin - Minimum Size of Shipments (APR 1984)
FAR 52.247-65 - F.O.B. Origin, Prepaid Freight - Small Package Shipments (JAN 1991)

**F04 - POINT OF CONTACT FOR TRANSPORTATION INSTRUCTIONS (DSCC 52.247-9C04) (JAN 2003)**

(a) DCMA Administered Orders: Contact the Transportation Officer at the administering DCMA location.

(b) DSCC Administered orders:
(1) DSCC-OT, PO Box 3990, Columbus, OH 43216-5000
Telephone (614) 692-2175
Telephone (614) 692-7038 ('S9C' - Construction)
Telephone (614) 692-7039 ('S9E' - Electronics)
(COLLECT CALLS WILL NOT BE ACCEPTED)
(2) Shipping Instructions must be requested by completing the form found at Attachment 1 of the DSCC Master Solicitation. Requests may be made by facsimile to 614-692-3703/6905. A return fax number should be included in your request. The DSCC Master solicitation is located at: http://DIBBS.dscc.dla.mil/refs/provclauses/.

**F05 - SHIPPING INSTRUCTIONS (DOMESTIC) (DSCC 52.247-9C02) (MAY 2002)**

Comply with paperwork requirements of Clause D03 (DSCC 52.211-9C17), 'PACKING LIST/INVOICE/SHIPPING DOCUMENTS'.

**MAIL INSTRUCTIONS** (NOT applicable to APO/FPO addresses): Route domestic shipments within mail limitations as follows based on the TP (Transportation Priority) reflected in the 'MARK FOR' data with each CLIN. Commercial small parcel carrier (e.g., UPS or Federal Express) is an acceptable mode of shipment to domestic addresses.
(1) Ship all NMCS, 777, and 999, regardless of TP or distance, by COMMERCIAL SMALL PARCEL CARRIER.
(2) Ship TP 1 and 2 (IPD 01-08) by PRIORITY MAIL or most economical comparable mode.
(3) Ship TP 3 (IPD 09-15) and all stock locations (not TP coded) by SURFACE PARCEL POST (Fourth Class) or most economical comparable mode.
(4) The cost of parcel post insurance will NOT be paid by the Government.

**FREIGHT INSTRUCTIONS (DOMESTIC)**
(1) Ship all NMCS, 777, and 999, regardless of TP or distance COMMERCIAL SMALL PARCEL CARRIER.
(2) For TP 1 and 2 (IPD 01-08) weighing under 250 pounds, use AIR FREIGHT and specify AIR on the invoice. EXCEPTIONS: If destination is within 600 miles of origin, use regular surface transportation.
(3) For all other freight shipments contact the cognizant transportation officer for delivery and carrier routing instructions (see clause F04, DSCC 52.247-9C04).
(4) Advance telephonic notice of delivery must be given by the carrier to the Consignee's Transportation officer (Transport Control/Prelodge Desk) at least 24 hours prior to delivery of freight shipments (other than small parcels) and bills of lading must be annotated to reflect this requirement. Addresses for direct shipments within CONUS and Canada are shown 'in the clear' with each individual CLIN on Schedule Continuation Sheet(s) in each order. Addresses for stock shipments are shown with each individual CLIN on Schedule Continuation Sheet(s) in each order.

**F33 - F.O.B. - DESTINATION (FAR 52.247-34) (NOV 1991)**

**SECTION I**

**I01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at http://www.dla.mil/j-3/j-336/logisticspolicy/procurementlinks2.htm
**NOTE:** If not applicable becomes self-deleting.

FAR 52.203-12 - Limitatin on Payments to Influence Certain Federal Transactions (Over $100,000) (JUN 2003)
FAR 52.209-6 - Protecting the Governments Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Over $25,000) (JUL 1995)
FAR 52.211-5 - Material Requirements (AUG 2000)
FAR 52.211-15 - Defense Priority and Allocation Requirements (SEP 1990)
FAR 52.215-8 - Order of Precedence - Uniform Contract Format (OCT 1997)
FAR 52.219-16 - Liquidated Damages - Subcontracting Plan (JAN 1999)
FAR 52.222-1 - Notice to the Government of Labor Disputes (Over $2,000)(FEB 1997)
FAR 52.222-3 - Convict Labor (Over MPT)(JUN 2003)
FAR 52.222-19 - Child Labor - Cooperation with Authorities and Remedies (JAN 2004) (Over MPT)
FAR 52.222-20 - Walsh-Healey Public Contracts Act (Over $10,000) (DEC 1996)
FAR 52.222-21 - Prohibition of Segregated Facilities (Over $10,000)(FEB 1999)
FAR 52.222-26 - Equal Opportunity (Over $10,000)(APR 2002)
FAR 52.222-29 - Notification of Visa Denial (JUN 2003)
FAR 52.222-35 - Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (Over $10,000) (DEC 2001)
FAR 52.222-36 - Affirmative Action for Workers With Disabilities (Over $2,500) (JUN 1998)
FAR 52.222-37 - Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (Over $10,000)(DEC 2001) (Applicable with FAR 52.222-35)
FAR 52.223-14 - Toxic Chemical Release Reporting (Over $100,000 applicable only to competitive non commercial acquisitions only) (AUG 2003)
FAR 52.225-13 - Restrictions on Certain Foreign Purchases (DEC 2003)
FAR 52.225-14 - Inconsistency Between English Version and Translation of Contract (FEB 2000)
FAR 52.227-1 - Authorization and Consent (JUL 1995)
FAR 52.232-1 - Payments (APR 1984)
FAR 52.232-8 - Discounts for Prompt Payment (FEB 2002)
FAR 52.232-11 - Extras (APR 1984)
FAR 52.232-23 - Assignment of Claims (Over $2,500) (JAN 1986)
FAR 52.232-25 - Prompt Payment (Over MPT) (OCT 2003)
FAR 52.233-1 - Disputes (JUL 2002)
FAR 52.233-3 - Protest After Award (AUG 1996)
FAR 52.242-12 - Report of Shipment (RESHIP) (JUN 2003)
FAR 52.243-1 - Changes - Fixed Price (AUG 1987)
FAR 52.245-1 - Property Records (APR 1984)
FAR 52.247-1 - Commercial Bill of Lading Notations (APR 1984)
FAR 52.248-1 - Value Engineering (Over $25,000) (FEB 2000)
FAR 52.249-1 - Termination for Convenience of the Government (Fixed-Price)(Short Form) (APR 1984)
FAR 52.249-8 - Default (APR 1984)
FAR 52.253-1 - Computer Generated Forms (JAN 1991)

DFARS 252.204-7002 - Payment for Subline Items Not Separately Priced (DEC 1991)
DFARS 252.204-7003 - Control of Government Personnel Work Products (APR 1992)
DFARS 252.209-7004 - Subcontracting with Firms that are Owned or Controlled by the Government of a Terrorist Country (Over $100,000) (MAR 1998)
DFARS 252.223-7002 - Safety Precautions for Ammunition and Explosives (MAY 1994)
DFARS 252.223-7003 - Change in Place of Performance - Ammunition and Explosives (DEC 1991)
DFARS 252.225-7001 - Buy American Act and Balance of Payments Program (APR 2003)
DFARS 252.225-7002 - Qualifying Country Sources as Subcontractors (APR 2003)
DFARS 252.225-7016 - Restriction on Acquisition of Ball and Roller Bearings (APR 2003)
DFARS 252.225-7025 - Restriction on Acquisition of Forgings (APR 2003)
DFARS 252.225-7033 - Waiver of United Kingdom Levies (APR 2003)
DFARS 252.225-7036 - Buy American Act- Free Trade Agreements -Balance of Payments Program (Over $58,550) (JAN 2004)
DFARS 252.225-7036 - Buy American Act-Free Trade Agreements -Balance of Payments Program, ALT I ($25,000 - $58,550) (JAN 2004)
DFARS 252.225-7038 - Restriction on Acquisition of Air Circuit Breakers (APR 2003)
DFARS 252.225-7041 - Correspondence in English Language (JUN 1997)
DFARS 252.232-7008 - Assignment of Claims (Overseas) (JUN 1997)
DFARS 252.233-7001 - Choice of Law (Overseas) (JUN 1997)

**CONTINUED ON NEXT PAGE**