# ATTACHMENT 4

| REVISIONS | | | | |
|---|---|---|---|---|
| ZONE | LTR | DESCRIPTION | DATE (YR-MO-DA) | APPROVED |
| | F | REDRAWN WITH CHANGE (CBR T8698) | 97-10-31 | AS/MB |

ELECTRONICALLY MAINTAINED

NOTES:

1. APPLICABLE STANDARDS/SPECIFICATIONS:
   A. DOD-STD-00100D(AR)
   B. ANSI Y14.5M-1982

(2) ITEM IDENTIFICATION: APPLY THE FOLLOWING MARKINGS IN ACCORDANCE WITH MIL-STD-130, METHOD OPTIONAL.
"19207-8676190"
MFR-_____
MANUFACTURER'S CAGE CODE

(101 V) 3. SUSPENSION HOUSING ASSEMBLY SHALL BE INSPECTED FOR COMPLETENESS OF ASSEMBLY.

4. QUALITY ASSURANCE PROVISIONS:
PRODUCTION QUALITY CONTROL REQUIREMENTS ARE IDENTIFIED ON THIS DRAWING AS FOLLOWS:

CLASSIFICATION NUMBER
1 THRU 99 – CRITICAL
101 THRU 199 – MAJOR

METHOD OF INSPECTION
S – SPECIAL INSPECTION EQUIPMENT
C – COMMERCIAL INSPECTION EQUIPMENT
V – VISUAL

QUALITY CONFORMANCE INSPECTION SHALL CONSIST OF THOSE CHARACTERISTICS CLASSIFIED AS CRITICAL AND/OR MAJOR. MINIMUM ACCEPTABLE CONTROL METHODS ARE AS FOLLOWS:

A. ONE HUNDRED PERCENT (100%) INSPECTION OF CRITICAL CHARACTERISTICS.

B. STATISTICAL PROCESS CONTROL (SPC):

CRITICAL CHARACTERISTICS SHALL MAINTAIN AN AVERAGE $C_{pk}$ INDEX EQUAL TO OR GREATER THAN 1.66 FOR VARIABLES OR A 100% PROCESS AVERAGE RATE OF ACCEPTANCE FOR ATTRIBUTES.

MAJOR CHARACTERISTICS SHALL MAINTAIN AN AVERAGE $C_{pk}$ INDEX EQUAL TO OR GREATER THAN 1.33 FOR VARIABLES OR A 99.994% PROCESS AVERAGE RATE OF ACCEPTANCE FOR ATTRIBUTES.

C. FOR MAJOR CHARACTERISTICS, LOT SAMPLE PER ANSI/ASQC STANDARD Z1.4 OR AN INDUSTRY STANDARD PLAN WITH AN AQL NO GREATER THAN 1.0 MAY BE USED IN LIEU OF SPC. ALTERNATE CONTROL METHODS SHALL BE SUBMITTED TO THE GOVERNMENT PROCURING ACTIVITY FOR APPROVAL.

THE CONTROL METHOD SELECTED FOR ALL REMAINING CHARACTERISTICS SHALL BE AT THE CONTRACTOR'S DISCRETION. REGARDLESS OF THE CONTROL METHOD USED, CONTROL SHALL BE ADEQUATE TO MAINTAIN CONFORMANCE TO DRAWING REQUIREMENTS.






PART NO. 8676190

| PMIC A | | UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCHES | CONTRACT NUMBER | | DESIGN ACTIVITY |
|---|---|---|---|---|---|
| | | TOLERANCES ON: 2 PLACE ±.03 3 PLACE ± — | CONTRACTOR BOWEN-McLAUGHLIN-YORK INC | | U.S. ARMY TANK-AUTOMOTIVE AND ARMAMENTS COMMAND WARREN, MICHIGAN 48397-5000 |
| — | M88A1/A2 | MATERIAL — | DRAWN BY HKL | DATE (YR-MO-DA) 96-11-26 | HOUSING ASSEMBLY SUSPENSION |
| 8676194 | M88A1 | | CHECKER SHZ | ENGINEER DHH/ERN | |
| 8676193 | M88A1 | | DRAWING APPROVAL | | SIZE D CAGE CODE 19207 8676190 |
| 8676192 | M88A1 | MATL ENGR | DESIGN APPROVAL RALPH E MAYERS | | SCALE 1/2 UNIT WT — SHEET — |
| NEXT ASSY | USED ON | | | | |
| APPLICATION | | | | | |

ω