# ATTACHMENT 5

Kaeper Machine, Inc.

8680 Twinbrook Road • Mentor, OH 44060
Phone: 440-974-1010 Fax: 440-974-8322
Email: kaeper@hotmail.com

# PURCHASE ORDER

To • Euclid machine Inc
34201 Melinz Pky
Eastlake, OH 44095

• 440-953-1002

• PO #: K-1272 Amendment #3

Date: 02/26/2004

Customer ID:

Page 1 of 1 Page(s)

| Req By | Ship VIA | FOB | Buyer | Terms |
|---|---|---|---|---|
| 8-17-2004 | Best | | Kye | Net 45 days |

| Item | Qty | Description ☐ Taxable ☒ Tax Exempt | Total |
|---|---|---|---|
| 1 | 146 | CONTRACT NO SP0750-04-M-9839<br>PURCH REQUEST NO RPC03251000965<br>NSN 2530-00-832-5258<br>P/N 8676190 REV F (Housing assembly) Per above contract, attached<br>Furnish complete per drawing and paint per dwg #12369003<br><br>All requirements of contract SP0-04-M-9839 are flowed down to your facility, including ISO 9002, 4.5, 4.6, 4.7, 4.8, 4.10, 4.11, 4.12, 4.13, 4.14-4.14.3, 4.16, and for clause 52.246.11.<br><br>Please contact your Govt. QAP prior to any purchases or processes being performed at your facility.<br><br>Date: 08- 17, 2004 Signed by: | $ 720.00 each |

| Delivery at Kaeper Machine | Date | 1 wk AR parts | | | | | |
|---|---|---|---|---|---|---|---|
| | Quantity | | | | | | |