# ATTACHMENT 7

Kaeper Machine, Inc.

8680 Twinbrook Road, Mentor, OH 44060
Phone: 440-974-1010 FAX: 440-974-8322
Email: kaeper@hotmail.com

July 22, 2004

Contracting Officer : Steven Haschak
Attn ; DCMA CLEAVELAND
ADMIRAL KIDD CENTER
555 EAST 88th Street
BRATENAHL, OH 44108-1068

Ref : Revising Contract SP0750-04-M-9839
PRC 0321000965
NSN 2530-00-832-5258
ITEM 0001

Dear MR. STEVEN

Apply to Modefication

1. Change Inspection point and Acceptance point

FROM: Kaeper Machine
8680 Twinbrook RD
Mentor, OH 44060

TO: Euclid Machine
34201 Melinz pky
Eastlake, OH 44095

2. Packaging - Inspection and acceptance Address

From: Forest city Companies,Inc.
3607 west 56th ST
Cleveland, OH 44102-5739

TO: Euclid Machine
34201 Melinz pky
Eastlake, OH 44095

Sincerely,

Kye Hwang