# ATTACHMENT 8

**Lavery, Betty J (DSCC)**

**From:** Lushbaugh, Donald L (DSCC)

**Sent:** Friday, July 23, 2004 9:46 AM

**To:** Lavery, Betty J (DSCC)

**Cc** McKee, Susan E (DSCC)

**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE

Betty I have issued a "WATCHDOG" to the receiving Depot to place material into "L" upon receipt. Once the report is issued I will direct some assets for testing.

I was contacted this morning as a matter of fact in regards to the "L" material at "SCC" ( the 58 previously supplied) regarding there status. I advised the QAS that they were unacceptable to use by the ESA. He was inquiring on behalf of the Item Manager. I would suggest you advise her on this new issue. There are assets available but we are below the re-ordering point.

Don
-----Original Message-----
**From:** Lavery, Betty J (DSCC)
**Sent:** Thursday, July 22, 2004 3:18 PM
**To:** Lushbaugh, Donald L (DSCC)
**Cc:** McKee, Susan E (DSCC)
**Subject:** SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE

DONALD:

WILL YOU PLEASE PUT A FREEZE CODE ON THIS STOCK?

YOU MAY WANT TO LOOK AT THE OTHER ORDER ALSO.

THANKS!

BETTY J. LAVERY
CONTRACTING OFFICER
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX - (614) 693-1525
EMAIL: Betty.Lavery@DLA.MIL

-----Original Message-----
**From:** McKee, Susan E (DSCC)
**Sent:** Thursday, July 22, 2004 2:53 PM
**To:** Lavery, Betty J (DSCC)
**Subject:** RE: Mr. Oh

Let's request a D&B on Kaeper Machines.
Is Don going to capture depot assets under Kaeper contract -9839?

Susan
-----Original Message-----
**From:** Lavery, Betty J (DSCC)
**Sent:** Thursday, July 22, 2004 1:29 PM

**To:** McKee, Susan E (DSCC)
**Subject:** FW: Mr. Oh

SUSAN:

GENERAL INFORMATION ONLY.

KAEPER MACHINE RECEIVED AN AWARD SP075-04-M-9839, NSN 2530-00-832-5258, FOR A QUANTITY OF 146 EACH, DUE DATE IS AUGUST 23, 2004.

THIS IS THE SAME NSN WE RECEIVED NON-CONFORMING GOODS FROM EUCLID ON SP0750-02-V-N310 FOR 58 EACH, THE ORDER WAS REDUCED BY 40 EACH. THE TOTAL WAS 98 EACH. WE HAD THE SUPPLIES SHIPPED TO THE LAB, WHICH FAILED.

I BELIEVE MR. OH IS GOING TO PROVIDE KAEPER WITH THE 40 EACH THAT I CANCELED ON THEIR ORDER.

KAEPER MACHINES STARTED BUSINESS IN 1998.
OWNER - KYEHYUN HWANG

I'M SHOWING 3 AWARDS.

SP0750-02-M-R198 AWARD DATE 11/16/01
SP0750-04-M-9712 AWARD DATE 2/3/04
SP0750-04-M-9839 AWARD DATE 2/20/04

BETTY J. LAVERY
CONTRACTING OFFICER
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX - (614) 693-1525
EMAIL: Betty.Lavery@DLA.MIL

-----Original Message-----
**From:** Smith, Kathleen A. [mailto:Kathleen.Smith@dcma.mil]
**Sent:** Thursday, July 22, 2004 1:02 PM
**To:** Lavery, Betty J (DSCC)
**Subject:** RE: Mr. Oh

Betty,

General information...Kaeper Machine made us aware with their request to change inspection point..

Kathi

-----Original Message-----
**From:** Lavery, Betty J (DSCC) [mailto:Betty.Lavery@dla.mil]
**Sent:** Thursday, July 22, 2004 11:21 AM
**To:** Smith, Kathleen A.
**Subject:** RE: Mr. Oh

KATHLEEN:

DO YOU HAVE ANY INFORMATION IN REGARDS TO KAEPER MACHINE/EUCLID MACHINE OR IS THIS JUST GENERAL INFORMATION.

WHO MADE YOU AWARE OF THIS COMPANY?

PLEASE ADVISE.

THANKS!

BETTY J. LAVERY
CONTRACTING OFFICER
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX - (614) 693-1525
EMAIL: Betty.Lavery@DLA.MIL

-----Original Message-----
**From:** Smith, Kathleen A. [mailto:Kathleen.Smith@dcma.mil]
**Sent:** Thursday, July 22, 2004 9:19 AM
**To:** Lavery, Betty J (DSCC)
**Subject:** Mr. Oh

Hi Betty,

Just to give you a heads-up - Kaeper Machine (1HFX2) has an association with Euclid Machine and Mr. Oh.

DCMA received a request to change the inspection point on order SP0750-04-M-9839 from Kaeper Machine to Euclid Machine.

Just thought you would like to know...

Kathi Smith