# ATTACHMENT 9

Kaeper Machine, Inc.

8680 Twinbrook Road Mentor, OH 44060
Phone: 440-974-1010 FAX 440 974-8322
Email: kaeper@hotmail.com

August 4, 2004

Contracting Officer : SANDRA B. BROERMAN
Attn : DCMA CLEAVELAND
ADMIRAL KIDD CENTER
555 EAST 88th Street
BRATENAHL, OH 44108-1068

Ref : Revising Contract SP0750-04-M-9839
PRC 0321000965
NSN 2530-00-832-5258
ITEM 0001 Qty 146 Pcs

Apply to Modefication

1. Change Delivery Date.

QTY : 100 Pcs FROM: 23 – AUG -2004 TO: 11 – OCTOBER -2004

2. Packaging - Inspection and acceptance Address

From: Forest city Companies,Inc.
3607 west 56th ST
Cleveland, OH 44102-5739

TO: Kaeper Machine
8680 Twinbrook RD
Mentor, OH 44060

Sincerely,

Kye Hwang