# ATTACHMENT 10

**Lavery, Betty J (DSCC)**

| | |
|---|---|
| **From:** | Lavery, Betty J (DSCC) |
| **Sent:** | Thursday, August 19, 2004 10:45 AM |
| **To:** | 'Haschak, Steve' |
| **Cc:** | 'Kenneth.Freeze@dcma.mil' |
| **Subject:** | RE: SP0750-04-M-9839 and SP0750-04 M 9712 |

Steve:

Yes, due both modifications.

Please send me a copy of the mods.

Thanks!

BETTY J. LAVERY
CONTRACTING OFFICER
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX - (614) 693-1525
EMAIL: Betty.Lavery@DLA.MIL

-----Original Message-----
From: Haschak, Steve [mailto:Steve.Haschak@dcma.mil]
Sent: Thursday, August 19, 2004 10:35 AM
To: Lavery, Betty J (DSCC)
Cc: Freeze, Kenneth D.
Subject: FW: SP0750-04-M-9839 and SP0750-04-M-9712

Betty:

We'll do the modification on SP0750-04-M-9712. Also, see email below regarding SP0750-04-M-9839. The contractor consents to consideration of $1,989.00 to change the delivery date from August 23, 2004 to October 11, 2004. Should we proceed with that mod as well?

Steve

-----Original Message-----
From: Kaeper Machine, Inc. [mailto:kaeper@hotmail.com]
Sent: Wednesday, August 18, 2004 3:05 PM
To: Haschak, Steve
Subject: RE: SP0750-04-M-9839

Dear Mr. Haschak,
>
>In regards to:
>SP0750-04-M-9839
>PRC 0321000965
>NSN 2530-00-832-5258
>Item 001 Qty. 146 pcs
>
>Application for modification
>
>1. Change delivery date
>
> From: August 23rd 2004 To: October 11th 2004
>
>I accept consideration $ 1989.00

>
>Sincerely,
>
>Kye Hwang