# ATTACHMENT 11

# CORRECTIVE ACTION REQUEST
## DCMA CLEVELAND, EAST TEAM

In Reply Refer to: DCMAE-GYZA

October 5, 2004

Euclid Machine Company
Attn. Mr. James Oh, President
34201Melinz Parkway
Eastlake, Ohio 44092-1924

SUBJECT: Corrective Action Request (CAR) EM 04-10-01, Calibration System Rejection

Mr. Oh,

1. It is requested that you reference your P.O. K-1272 from Kaeper Machine and Defense Supply Order for Supplies SP0750-04-M-9839, P/N 8676189, Housing, Suspension, FAR Clause 52.246-11 (Higher Quality Requirements), Tailored ISO9002 Quality System and FAR Clause 52.246-02 (Standard Inspection).

2. On October 5, 2004, the calibration system was rejected for the following reasons;

   A) There was no way to show that the calibrated tools were calibrated against certified equipment having known traceability to a national or internationally recognized standard.
   B) There was no way the supplier was able to ensure that the required environmental conditions are suitable for the calibration on the calibrated inspection equipment.
   C) Calibration integrity is not protected and maintained during handling, transportation, preservation and storage of inspection, measuring and test equipment.

3. Your immediate attention to this matter is requested. It is requested that you inform the undersigned in writing by October 19, 2004 the root causes of the deficiencies noted and the corrective actions you intend to pursue.

4. If you have any questions or concerns please call (440) 918.9014, Fax (440) 585.8261 or send e-mail to Ed.Takacs@dcma.mil.

Edward J. Takacs
Quality Assurance Representative

CC: Guy Stephens
Jim Hartman