# ATTACHMENT 12

# Corrective Action Request

**CAR Number:** KM-W-03-04

**Date Issued:** 10/06/2004

**Contract:** SP0750-04-M-9839-

**Subject** Non control of vendors

**To:** KAY HWANG

**From:** ROBERT ROFFE

The following discrepancy(ies) require corrective action. Addressing the correction of defect(s) and correction of cause(s), include a decription of the:

A. Action taken to correct the specific
B. Action Taken to determine if other product is affected by the same or similar
C. Root cause of the
D. Action taken to eliminate the root cause of the
E. Action taken to prevent defect(s) from entering the flow of material until the corrective action is

**Nonconformance(s**

Prime control over Sub-Tiers. Contract requirements, FAR Clause 52.246-11, Tailored ISO9002 Quality System and FAR Clause 52.246.02 (Standard Inspection)

Please respond to this corrective action request 10/20/2004
Please inform me if this deadline cannot be

ROBERT ROFFE
QAR/QAS

## Corrective Action Request

**CAR Number:** KM-W-03-04

**Contract:** SP0750-04-M-9839-

**To:** KAY HWANG

**From:** ROBERT ROFFE

**Part Number:** 8676189

**Nonconformance**

Prime control over Sub-Tiers. Contract requirements, FAR Clause 52.246-11, Tailored ISO9002 Quality System and FAR Clause 52.246.02 (Standard Inspection)

**Action Taken to Correct Immediate/Specific**

Signature____________________________ ____________________
(Company/Department/Process Representative) Date

**Root Cause of Defect**

Prime contractor, not controlling sub tiers. Not verifing Quality Systems at vendors. Also not controlling the sub vendors calibration system.

**Action Taken to Correct Root Cause of**

**Reply Due** 10/20/2004

Signature____________________________ ____________________
(Company/Department/Process Representative) Date

**Follow-Up**

**Closeout**

Signature *_/s/ Robert Roffe_*
Government Representative

**Note: This Form is the prefered means of response for the corrective action activities. Use the available areas for your replies. If additional space is needed provide attachments. If an alternate format is prefered by your company, please include all the information supplied and required by this form.**