# ATTACHMENT 13

**Lavery, Betty J (DSCC)**

**From:** Broerman, Sandra B. [Sandra.Broerman@dcma.mil]
**Sent:** Thursday, October 07, 2004 5:04 PM
**To:** Lavery, Betty J (DSCC)
**Cc:** Freeze, Kenneth D.; Roffe, Robert; Church, Douglas J.; Sears, Myisha (DSCC); Stephens, Guy D.; Haschak, Steve
**Subject:** RE: Extention to Contract #SP0750-04-M-9839

Betty,
I just spoke with Kay Hwang, Kaeper's owner. He is scrambling, in the 11th hour, to get these completed. He is awaiting a Corrective Action Response from Jim Oh at Euclid Machine. I expect to hear from him tomorrow. I do not anticipate, unless he is also a magician, that these will be ready by Monday's FDD. I'll let you know once I hear from him.
Sandy

-----Original Message-----
From: Lavery, Betty J (DSCC) [mailto:Betty.Lavery@dla.mil]
Sent: Thursday, October 07, 2004 12:35 PM
To: Haschak, Steve
Cc: Freeze, Kenneth D.; Broerman, Sandra B.; Roffe, Robert; Church, Douglas J.; Sears, Myisha (DSCC)
Subject: FW: Extention to Contract #SP0750-04-M-9839

Steve:

CDD: October 11, 2004

If Kaeper Machine is unable to meet this delivery schedule, the order will be canceled.

Do you want to send a letter or do you want me to?

Please advise.

Betty J. Lavery
Contracting Officer
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX (614) 693-1525
EMAIL: Betty.Lavery@dla.mil

-----Original Message-----
From: Kaeper Machine, Inc. [mailto:kaeper@hotmail.com]
Sent: Wednesday, October 06, 2004 11:21 AM
To: Steve.Haschak@dcma.mil; Lavery, Betty J (DSCC)
Cc: Guy.Stephens@dcma.mil; Kenneth.Freeze@dcma.mil; Sandra.Broerman@dcma.mil; Robert.Roffe@dcma.mil
Subject: Extention to Contract #SP0750-04-M-9839

Steve:

Due to GSI CAR # EM041001 issued to Euclid Machine, Kaeper will not meet the
10-11-04 delivery date on the above order. for the 146 pieces. Please extend
the delivery date to Nov. 12, 2004.

Thank you,

Mike Jefferis