# ATTACHMENT 14

**DEFENSE CONTRACT MANAGEMENT AGENCY**
DEFENSE CONTRACT MANAGEMENT AGENCY EAST
DEFENSE CONTRACT MANAGEMENT AGENCY CLEVELAND
ADMIRAL KIDD CENTER
555 EAST 88TH STREET
BRATENAHL, OH 44108-1068

IN REPLY REFER TO: DCMAE-GYZA

October 8, 2004

Kay Hwang
8680 Twinbrook Dr.
Mentor, OH 44060

Subject: Extension to Contract #SP0750-04-M-9839

Dear Mr. Hwang:

On October 6th, we were contacted by your consultant, Mr Mike Jefferis. He requested a delivery extension on the subject contract. The rational for this request was that an outstanding Corrective Action Request (CAR), issued to your subcontractor, remained unresolved. As a result of this open CAR, we were advised that Kaeper Machine would not meet the contractual delivery date (CDD) of October 11, 2004.

As you know, the original CDD was Aug. 23, 2004. That date was revised to Oct. 11, 2004 by modification A00001. In consideration for this contractual revision, Kaeper Machine offered and the Government accepted a reduction of $1989.00 in the purchase order amount.

Be advised that, after due consideration, if Kaeper Machine is unable to meet this delivery schedule of Oct 11, 2004, the order will be canceled. Since your company offered the consideration noted above, we may peruse collection of this amount as a debt owed to the Government.

Sincerely,
/s/
KENNETH D. FREEZE, CPCM
Admin. Contracting Officer

Cc: Mike Jefferis
Betty J. Lavery, DSCC-PAMC