# ATTACHMENT 15

**Lavery, Betty J (DSCC)**

**From:** Alerts Mail [alrtmai3@dcmak58e.dcma.mil]
**Sent:** Tuesday, October 12, 2004 12:34 PM
**To:** Lavery, Betty J (DSCC)
**Subject:** Completed Delay Notice

ALERTS #S3603A135321 From William.Gillen@dcma.mil
CAT(CAGE): 1HFX2
Team Name: NONE
Contractor: KAEPER MACHINE INC
Contract Number: SP075004M9839
Date: 10/12/2004

Message: This Delay Notice has received an ACO Recommendation and is completed. The following narrative(s) provide details concerning this Delay Notice.*** Proposed Contractor Action ***
These are not complete yet.

*** Production Surveillance ***
NSN: 2530-00-832-5258
FDD: 11 Oct

Hi Betty,
I spoke with Kay Hwang - he is awaiting an answer to a corrective action request from his subcontractor, Jim Oh at Euclid Machine, and although this response has not yet been received Mr. Hwang will make every effort to ship these prior to the FDD of 11 Oct. DCMA does not anticipate this will occur.
I'll keep you posted.
Sandy

DCMA wants your feedback. Please complete the survey at:
http://csat.dcma.mil/custsat/customer_sat/main.jsp

*** ACO Recommendation ***
Follow-up ...
CLIN 0001, housing assembly
The contractor did not ship product by the CDD of 10/11/04. Kaeper's response to an outstanding corrective action request (CAR) was received today, 10/12/04.; the response is under review. Kaeper expects to ship product within the next few days. This is only possible if the CAR response adequately addresses the Quality system deficiency ... the contractor's recording keeping of equipment calibration was found to be lacking under a MIL-I or ISO system.