# ATTACHMENT 16

**Lavery, Betty J (DSCC)**

---

**From:** Lavery, Betty J (DSCC)

**Sent:** Wednesday, October 13, 2004 2:58 PM

**To:** McKee, Susan E (DSCC)

**Subject:** FW: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

**Tracking:**

| Recipient | Delivery |
|---|---|
| McKee, Susan E (DSCC) | Delivered: 10/13/2004 2:58 PM |

SUSAN:

I CANCELED 40 EACH ON SP0750-02-V-N310 WITH EUCLID MACHINE ON 10/27/03.

WHAT DON AND I SUSPECTED HE WOULD TRY TO DO.

WE HAVE 58 EACH IN CONDITION CODE L THAT FAILED TESTING ON SP0750-02-V-N310.

Betty J. Lavery
Contracting Officer
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX (614) 693-1525
EMAIL: Betty.Lavery@dla.mil

-----Original Message-----
**From:** Roffe, Robert [mailto:Robert.Roffe@dcma.mil]
**Sent:** Wednesday, October 13, 2004 2:36 PM
**To:** Lavery, Betty J (DSCC); Freeze, Kenneth D.; Broerman, Sandra B.; Church, Douglas J.; Haschak, Steve
**Cc:** McKee, Susan E (DSCC)
**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Betty,

Kaeper Machine, has not contacted me for this order. I have a delegation for a QAR to do the inspection at Euclid Machine. His name is Ed Takas, I'm on leave and do not have his phone number however you may look him up in gobal. I know he has issued a couple of corrective actions to Euclid Machine for this order. To the best of my knowledge, they Euclid claim to have 40 pcs ready of 146, however in my opinion the rest of the 146 or 100 have not been product and may not be ready till Nov or Dec.

Robert QAR for Kaeper

---

**From:** Lavery, Betty J (DSCC) [mailto:Betty.Lavery@dla.mil]
**Sent:** Wed 10/13/2004 1:10 PM
**To:** Freeze, Kenneth D.; Broerman, Sandra B.; Roffe, Robert; Church, Douglas J.; Haschak, Steve
**Cc:** McKee, Susan E (DSCC)
**Subject:** SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

DSCC legal department received a call this morning regarding my cancellation.

The order was due on October 11, 2004, which was a holiday. Therefore, Kaeper could not submit the order for source inspection.

It was my understanding that Kaeper Machine did not request source inspection on the above order due to a CAR with Mr. Oh at Euclid. Therefore, I withdrew the order.

Please let me know if anyone received a request for source inspection on this order and when it was received.

Thanks!

Betty J. Lavery
Contracting Officer
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX (614) 693-1525
EMAIL: Betty.Lavery@dla.mil