# ATTACHMENT 18

**Lavery, Betty J (DSCC)**

---

**From:** Takacs, Ed [Ed.Takacs@dcma.mil]

**Sent:** Friday, October 15, 2004 9:08 AM

**To:** Lavery, Betty J (DSCC)

**Cc:** Hartman, Jim; Stephens, Guy D.

**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Good Morning Betty:
Sep.14, Parts were rejected
Sep. 20, CAR was presented to Mr. Oh
Sep. 23, Revised CAR presented to Mr. Oh.
Sep 27, - Oct 1, Met with Mr. Oh and gave him the calibration check off list. ( don't know the day )
Oct.4, Met with Mr. Oh.
Oct 5, Presented New CAR to Mr. Oh.
Oct. 7, Called Mr. Oh.
Oct. 12, Scheduled to meet with Mr. Oh on Oct 13
Oct. 12, Contract Canceled
Oct 13, Mr. Oh called and asked for extension to answer CAR.

Whenever I issue a CAR, I give the contractor 10 working days to answer it or ask for an extension. In this case, I would not inspect these parts until he fixed his calibration system. In this contract, Control of inspection, measuring and test equipment is part of the contract. The parts were initially rejected by me because they would not accept the contractors Go Thread Gage.

I know that Euclid Machine has other contracts and if the parts are acceptable, then I accept them.
I think that I provide timely responses to my contractors.
I have a cronological order of events that I keep whenever this contractor calls. If you want it, I will sent it to you.

Ed. Takacs

---

**From:** Lavery, Betty J (DSCC) [mailto:Betty.Lavery@dla.mil]
**Sent:** Thu 10/14/2004 12:11 PM
**To:** Takacs, Ed
**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Ed:

I need to clear up a few issues.

When was the CAR issued to Euclid and for what?

How long did Euclid have to answer the CAR?

I know you have to review the correction action that Euclid has recommended and either approve or disapprove this action.

Was Euclid able to submit orders for source inspection prior to DCMA's QAR approving Euclid's correction actions. How does this work?

ED - 7 OCT 04 - SCHOOL
- 8 OCT 04 - ON LEAVE

Please advise.

Betty J. Lavery
Contracting Officer
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX (614) 693-1525
EMAIL: Betty.Lavery@dla.mil
-----Original Message-----
**From:** Takacs, Ed [mailto:Ed.Takacs@dcma.mil]
**Sent:** Wednesday, October 13, 2004 5:02 PM
**To:** Lavery, Betty J (DSCC)
**Cc:** Stephens, Guy D.; Hartman, Jim
**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Hi Betty:
Not specifically, but he did imply. I would not look at parts until the corrective action is complied with. Is he even ready right now? That I don't know. He did request this morn'ng for more time to attend to other more pressing needs.

Ed. Takacs

---

**From:** Lavery, Betty J (DSCC) [mailto:Betty.Lavery@dla.mil]
**Sent:** Wed 10/13/2004 3:54 PM
**To:** Takacs, Ed
**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Ed:

When he called you on October 12, at 8:30, did he request GSI on this award?

Please advise.

Betty J. Lavery
Contracting Officer
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX (614) 693-1525
EMAIL: Betty.Lavery@dla.mil

-----Original Message-----
**From:** Takacs, Ed [mailto:Ed.Takacs@dcma.mil]
**Sent:** Wednesday, October 13, 2004 3:43 PM
**To:** Lavery, Betty J (DSCC)
**Cc:** Stephens, Guy D.; Hartman, Jim
**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Hi Betty:
Mr. Oh called my Team Chief on Oct. 7, because I was in class at Bratenahl. I called him back and the main reason he called was to get clarification about the CAR that I had presented to him over his calibration system. He also wanted me to tell him when I would be able to come in to perform GSI on the parts he had ready for me. He did not tell me any specific number. We mostly talked about the CAR. I told him that I would call him on Tuesday Oct 12 when I returned to work as I was in class and was going to take Friday off. When we did talk on Tuesday, I scheduled to visit his facility on Oct. 13 at 9 AM. He called me at 8:30 AM if that means anything. If you need to

talk to me, my phone # is (440) 918-9014.

Ed. Takacs

---

**From:** Lavery, Betty J (DSCC) [mailto:Betty.Lavery@dla.mil]
**Sent:** Wed 10/13/2004 2:51 PM
**To:** Takacs, Ed; Cornett, Dennis
**Subject:** FW: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Ed and Dennis:

Has Kaeper Machine or Euclid Machine requested source inspection on this order?

If so, when and how many.

Please advise as soon as possible.

Betty J. Lavery
Contracting Officer
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX (614) 693-1525
EMAIL: Betty.Lavery@dla.mil

-----Original Message-----
**From:** Roffe, Robert [mailto:Robert.Roffe@dcma.mil]
**Sent:** Wednesday, October 13, 2004 2:36 PM
**To:** Lavery, Betty J (DSCC); Freeze, Kenneth D.; Broerman, Sandra B.; Church, Douglas J.; Haschak, Steve
**Cc:** McKee, Susan E (DSCC)
**Subject:** RE: SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

Betty,

Kaeper Machine, has not contacted me for this order. I have a delegation for a QAR to do the inspection at Euclid Machine. His name is Ed Takas, I'm on leave and do not have his phone number however you may look him up in gobal. I know he has issued a couple of corrective actions to Euclid Machine for this order. To the best of my knowledge, they Euclid claim to have 40 pcs ready of 146, however in my opinion the rest of the 146 or 100 have not been product and may not be ready till Nov or Dec.

Robert QAR for Kaeper

---

**From:** Lavery, Betty J (DSCC) [mailto:Betty.Lavery@dla.mil]
**Sent:** Wed 10/13/2004 1:10 PM
**To:** Freeze, Kenneth D.; Broerman, Sandra B.; Roffe, Robert; Church, Douglas J.; Haschak, Steve
**Cc:** McKee, Susan E (DSCC)
**Subject:** SP0750-04-M-9839, NSN 2530-00-832-5258, KAEPER MACHINE INC.

DSCC legal department received a call this morning regarding my cancellation.

The order was due on October 11, 2004, which was a holiday. Therefore, Kaeper could not submit the order for source inspection.

It was my understanding that Kaeper Machine did not request source inspection on the above order due to a CAR

with Mr. Oh at Euclid. Therefore, I withdrew the order.

Please let me know if anyone received a request for source inspection on this order and when it was received.

Thanks!

Betty J. Lavery
Contracting Officer
DSCC-PAMC
COM. (614) 692-2947, DSN 850-2947
FAX (614) 693-1525
EMAIL: Betty.Lavery@dla.mil