# ATTACHMENT 19

| Kaeper contract SP0750-04-M-9839 | | |
|---|---|---|
| date | time | |
| 2/20/04 | | Contract awarded |
| 8/27/04 | | Cleveland issues mod revising del date from 8/23/04 to 10/11/04 for consideration |
| 9/20/04 | | Corrective Action Request (CAR) issued to Euclid Machine, Kaeper subcontractor. Euclid's calibration system did not comply with the requirements of the contract. |
| 9/22/04 | | Euclid Machine responded to the CAR. The cognizant QAR, Ed Takacs, determined that the response was not adequate. |
| 9/23/04 | | Takacs revised the CAR for clarification purposes only. |
| 9/24/04 | | Euclid fax'd a revised response which was determined to be inadequate. |
| 9/27/04 | | Takacs visited Euclid to provide a check off tool as a guide for Euclid to respond. |
| 10/6/04 | | e-mail from Kaeper to PCO and CA will not meet 10/11 CDD. Requested revision to 11/12/04 for 146 EA. E-mail was from Mike Jefferis, a consultant to Kaeper, who does all the paperwork for Kaeper. |
| 10/7/04 | | Euclid Machine phoned Guy Stephens, TL. Euclid was advised that Takacs would phone him back. |
| 10/7/04 | | Takacs phoned back Euclid Machine; discussed clarification of outstanding CAR. Euclid wanted to know when Takacs could perform GSI. |
| 10/7/04 | 1235 | e-mail from PCO Lavery to Cleveland: If Kaeper does not ship by 10/11/04, order will be cancelled |
| 10/7/04 | 1704 | e-mail from IS Broerman to PCO Lavery to advise that Kaeper will most likely not meet the CDD of 10/11/04. |
| 10/8/04 | | ACO notifies Kaeper that contract will be cancelled if not shipped by 10/11/04 |
| 10/12/04 | | Takacs phoned back Euclid Machine to scheduled a visit for 10/13 |
| 10/12/04 | 1420 | DSCC B Lavery cancelled contract |
| 10/13/04 | 1310 | e-mail from PCO Lavery to Cleveland advising that Legal Dept involved. Asked whether Kaeper had asked for GSI. |
| 10/13/04 | 1436 | e-mail from Roffe to PCO Lavery. Kaeper has not contacted me for GSI. |
| 10/13/04 | 1451 | e-mail from PCO Lavery to Takacs. Did Kaeper or Euclid Machine request GSI? If so, how many pieces? |
| 10/13/04 | 1543 | e-mail from Takacs to PCO Lavery to summarize Euclid Machine phoning TL (7th), call to Euclid (7th), scheduling of visit (for 13th) |