# ATTACHMENT 20

*The Law Offices*
*Of*
**STEVEN A. FREEDMAN, ESQ., INC.**
*A LEGAL PROFESSIONAL ASSOCIATION*

*PLEASE DIRECT ALL CORRESPONDENCE TO:*
5525 WARRENSVILLE CENTER ROAD
CLEVELAND, OHIO 44137-3125
TELEPHONE: (216) 249-3199
FACSIMILE: (216) 662-3590

*ADDITIONAL OFFICE LOCATIONS IN NORTHEAST OHIO*
13506 LORAIN AVENUE, CLEVELAND, OHIO 44111
10518 SUPERIOR AVENUE, CLEVELAND, OHIO 44110
571 EAST 185TH STREET, EUCLID, OHIO 44119
13829 EUCLID AVENUE, EAST CLEVELAND, OHIO 44112

October 11, 2004

Defense Contract Management Agency
Defense Contract Management Agency East
Defense Contract Management Agency Cleveland
Admiral Kidd Center
555 East 88th Street
Bratenahl, OH 44108-1068

**ATTENTION: KENNETH D. FREEZE, CPCM**

Dear Mr. Freeze:

***Re: DCMAE-GYZA; Extension to Contract # SP0750-04-M-9839***

As General Counsel for Euclid Machine, Inc. ("Euclid"), subcontractor to Kaeper Machine ("Kaeper:), prime contractor on the above-referenced contract, I have been requested to respond to your letter to Kaeper of October 8, 2004. Mr. Jefferis, the consultant working with Kaeper in connection with this contract, provided a copy of your letter to Euclid so that it would be aware of recent developments.

As you have already been made aware, forty-six (46) of the one hundred and forty-six (146) parts ordered pursuant to the referenced contract have already been completed, and await only final inspection, approval, and acceptance by your Department before they can be delivered. The remaining one hundred (100) pieces are also completely machined and ready for inspection, and require only painting (and inspection of the painting) before they, too, can be delivered. All issues related to any Corrective Action Request ("CAR") previously issued in connection with the ordered parts have been resolved, and all requested corrective actions on these parts were completed by both the prime and subcontractors on a timely basis which, if required inspections had been timely completed per the contractors' requests to your Department, would have resulted in delivery of all ordered parts on or before the extended contract delivery date ("CDD").

If the Government's reluctance to further extend the CDD by the few days needed to complete the inspection, painting and subsequent re-inspection of the now finished-but-unpainted pieces is based upon any time-sensitivity for acquisition of the parts, termination of the contract will certainly not address that concern. There would be no time-benefit gained by refusing to inspect and accept the completely-finished parts which are now sitting and waiting for delivery, and those which require only painting and final paint-inspection, and subsequently seeking bids for a new contract

*The Law Offices*
*Of*
STEVEN A. FREEDMAN, ESQ., INC.
*A LEGAL PROFESSIONAL ASSOCIATION*

Kenneth D. Freeze
October 11, 2004
Page 2

for these same parts from a new supplier which will have to start the manufacturing process from the beginning. The immediate availability of the parts on hand provides the Government with the best opportunity to fulfill the duty to mitigate which is incumbent upon all parties to contracts, even the Government. Also, since at least part of the failure to deliver the completed parts by October 11, 2004, was the direct result of your Department providing inadequate documentation to Euclid in connection with the CAR, and the unavailability of any inspector prior to October 12, 2004, due to staff meetings and/or legal holidays affecting your Department's work schedule, it would seem that the most reasonable and logical course of action would be for the Government to reconsider its threatened cancellation of the contract, and for all parties to make arrangements for the immediate inspection of the completely-finished parts, the painting and final inspection of the as yet-unpainted parts, and the prompt conclusion of this matter to their joint and mutual satisfaction.

It is my sincere hope that this matter can be resolved between the three principals without my further involvement. However, if necessary, I am available at your convenience to discuss this matter with you at any time. Thank you for your anticipated cooperation and consideration in this matter.

Very truly yours,

*/s/ Steven A. Freedman*

**STEVEN A. FREEDMAN**

cc: Euclid Machine, Inc.
Kaeper Machine