IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAEPER MACHINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-183C |
| v. | ) | |
| | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of two calendar days, to and including September 13, 2006, to file its cross motion for summary judgment and response to plaintiff's motion for summary judgment ("the cross motion"). We also request that the Court's scheduling order of July 18, 2006 be amended to add a corresponding two days to the dates that the subsequent reply briefs are due, making plaintiff's reply due on September 27, 2006 and the Government's reply due on October 12, 2006. The cross motion is presently due September 11, 2006. This is the first request for an enlargement of time to file the cross motion. Government counsel has discussed this motion with plaintiff's counsel and represents that plaintiff does not oppose it.

The additional time is requested because Government counsel was recently assigned to be lead counsel in the bid protest of Northrop Grumman v. United States, No. 06-607C (Judge Block) and has had a significant amount of his time absorbed by preparation of the administrative record and other duties related to that case. Nevertheless, the two extra days sought should be sufficient to allow for completion of the cross motion.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark D. Melnick
MARK D. MELNICK
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

September 7, 2006

Attorneys for Defendant