# In the United States Court of Federal Claims

**No. 05-183C**
**(Filed: September 11, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**KAEPER MACHINE, INCORPORATED,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed September 7, 2006, for a two-day enlargement of time to file its response to plaintiff's motion for summary judgment and its cross-motion for summary judgment is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| | |
|---|---|
| **September 13, 2006** | Defendant's response to plaintiff's motion for summary judgment and its cross-motion for summary judgment; |
| **September 27, 2006** | Plaintiff's reply in support of its motion for summary judgment and its response to defendant's cross-motion for summary judgment; |
| **October 12, 2006** | Defendant's reply in support of its cross-motion for summary judgment. |

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge