SP075004QA827.html
DLA, DEFENSE SUPPLY CENTER COLUMBUS
3990 EAST BROAD STREET
P.O. BOX 16704
COLUMBUS, OH 43216-5010
BUYER CODE: PLLEBA2
BUYER NAME: Rose Maynard
BUYER PHONE: (614)692-1375
BUYER FAX: (614)693-1577
PURCHASE REQUEST NUMBER: RPC03251000965
NATIONAL STOCK NUMBER: 2530008325258
SOLICITATION NUMBER: SP075004QA827
ISSUE DATE: 11/17/03
RETURN BY DATE: 11/24/03
DELIVER BY 180 DAYS AFTER DATE OF AWARD
RATING DOA4
DELIVER FOB DESTINATION
NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM 3369
SMALL BUSINESS SIZE STANDARD 0

NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (FAR 52-219-6)

---

Quoters may respond: (1) electronically via the DSCC Internet Bid Board System (DIBBS) at http://dibbs.dscc.dla.mil; by facsimile to the buyer's fax number, or (2) by hard copy via mail or other physical delivery to the address listed above.

Quoter must also complete the following:

a. Quotation is valid for 90 days from return quote date unless otherwise indicated:________________.

b. FOB Point ____ Destination
____ Origin Shipping Point (City,State)_________________.

c. If delivery period shown above is unacceptable, provide best possible delivery: ________________

d. Quoter's CAGE Code: ____________
Quoter's Address (Name, Street, City, State, ZIP):
__________________________________________
__________________________________________
__________________________________________
__________________________________________

e. Remittance Address (Name, Street, City, State, ZIP): applicable only if EFT does not apply.
__________________________________________
__________________________________________
__________________________________________
__________________________________________

f. Vendor FAX Number:
Vendor Telephone Number:
Vendor E-Mail Number:

---

PR: RPC03251000965 NSN: 2530008325258

ITEM DESCRIPTION

CRITICAL APPLICATION ITEM
HOUSING ASSEMBLY, SUSPENSION. CAST STEEL ARMOR.
USE DRAWING 8676189, REVISION J, FOR THE ITEM'S
GRAPHICS; REVISION K FOR ALL ELSE. THE 8-3/8
(8.38) INCH DIMENSION IN SECTION E-E SHALL HAVE
A TOLERANCE OF +/- 0.06.
"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE
USED NOR INCORPORATED IN ANY ITEMS TO BE
DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION
SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT
DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS.
SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR
APPROVAL UNLESS THEY ARE AUTHORIZED BY THE
SPECIFICATION REQUIREMENTS."
THE INTERNATIONAL ORGANIZATION FOR
STANDARDIZATION (ISO) 9002 OR A "TAILORED"
PROGRAM MEETING THE FOLLOWING ISO 9002
PARAGRAPHS APPLIES:
4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION
AND TESTING AS WELL AS APPLICABLE DRAWINGS,
SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY
CONTRACT
4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A)
AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH
ARE HEREBY DELETED
4.7, CUSTOMER-SUPPLIED PRODUCT:
4.8, PRODUCT IDENTIFICATION & TRACEABILITY:
4.10, INSPECTION & TESTING:
4.11, INSPECTION, MEASURING & TEST EQUIPMENT:
4.12, INSPECTION AND TEST STATUS:
4.13, CONTROL OF NONCONFORMING PRODUCT:
4.14, CORRECTIVE AND PREVENTIVE ACTION:
PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY
4.16, QUALITY RECORDS:
FAR CLAUSE 52.246-11 APPLIES
IF AQLS ARE LISTED IN THE SPECIFICATION(S)
OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE
AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE
NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS
CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS
ON ZERO DEFECTS AND REJECTS ON ONE OR MORE
DEFECT(S).
DLAD CLAUSE 52.246-9004, PRODUCT VERIFICATION
TESTING, IS HEREBY INCORPORATED, AND MAY BE
INVOKED AT THE DISCRETION OF THE PROCUREMENT
ACTIVITY.
I/A/W STD NR MIL-HDBK-1265 (MIL-R-11469)
REFNO DTD 08/19/98
THE SPECIFICATION OR STANDARD CITED IS TO BE
USED IN LIEU OF THE DOCUMENT IDENTIFIED WITHIN
THE PARENTHESES.
I/A/W VSTD NR SAE AS15003 (MS15003)
REFNO DTD 05/01/01
THE SPECIFICATION OR STANDARD CITED IS TO BE

USED IN LIEU OF THE DOCUMENT IDENTIFIED WITHIN
THE PARENTHESES.
I/A/W DWG NR 19207 12369003
REFNO DTD 11/20/87
AMEND NR E DTD 02/28/01
SPECIFICATION
I/A/W DWG NR 19207 8364404
REFNO DTD 06/29/52
AMEND NR F DTD 10/31/99
"DETAILED DRAWING (ONE ITEM)"
I/A/W DWG NR 19207 8676189
REFNO DTD 11/26/58
AMEND NR K DTD 10/31/97
"DETAILED DRAWING (ONE ITEM)"
I/A/W DWG NR 19207 8676189
REFNO DTD 11/26/58
AMEND NR J DTD 08/01/88
"REFERENCE MATERIAL-INCLUDES HANDBOOKS,
MANUALS, PRICE LISTS, REGISTRIES, DIRECTORIES,
BOOKS, ETC."
I/A/W DWG NR 19207 8676190
BASIC DTD 11/26/58
AMEND NR F DTD 10/31/97
"DETAILED DRAWING (ONE ITEM)"
I/A/W DWG NR 19207 8676210
REFNO DTD 11/26/51
AMEND NR B DTD 09/30/97
TYPE NUMBER RADIOGRAPHIC POSITION CHART
"DETAILED DRAWING (ONE ITEM)"

0001 PR RPC03251000965 PRLI 0001 QTY 146 EA

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 20: CLNG/DRY = 1: PRESV MAT = 09:
WRAP MAT = GB: CUSH/DUNN MAT = AD: CUSH/DUNN THKNESS = X:
UNIT CONT = E5: OPI = O:
INTRMDTE CONT = DO: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 - NO SPECIAL MARKING.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV D
DATED 01277
SUPPLEMENTAL INSTRUCTIONS
.

DOD BAR CODE MARKING REQUIRED IN ACCORDANCE WITH
MIL-STD-129 (LATEST REVISION) MARKING AND BAR
CODING IN ACCORDANCE WITH AIM BC1.

FREIGHT SHIPPING ADDRESS

SW3120
DEF DIST DEPOT ANNISTON
TRANS OFFICER 256-235-6031
7 FRANKFORD AVE BLDG 362
ANNISTON AL 36201-4199

NON-MILSTRIP RDD 07/18/04 PROJ

PROCUREMENT HISTORY FOR NSN: 2530008325258

| TYPE | CAGE | CONTRACT NUMBER | QUANTITY | UNIT COST | AWD DATE |
|---|---|---|---|---|---|
| STK | 4L516 | SP075003MB708 | 000305 | 719.65000 | 05/12/03 |
| STK | T3310 | SP075003C3134 | 000177 | 726.00000 | 11/29/02 |

Full text of all DLAD/DSCC clauses listed within this individual solicitation are contained in the DSCC Master Solicitation, current version found at http://DIBBS.dscc.dla.mil/refs/provclauses .
Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at http://www.dla.mil/j-3/j-336/icps.htm
The clauses/provisions incorporated by reference have the same force and effect as if they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of an inconsistency between the Master Solicitation and the individual solicitation/award, the provision of the individual solicitation/award shall govern.

DSCC NOTE - PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL CONTRACTOR REGISTRATION: Unless otherwise stated in the remarks section of this contract/order, the payment information contained in the CCR has precedence over any other payment information that may be printed in the Remittance Address field of this contract/order.

For Simplified Acquisitions (under $100,000) quoters may respond electronically via the DSCC Internet Bid Board System (DIBBS) at http://DIBBS.dscc.dla.mil or by facsimile to the buyer's fax number.

SECTION B

B02 - QUANTITY BREAK (DLAD 52.213-9000) (MAR 1988)

B03 - DSCC WEB SITE (DSCC 52.204-9C03) (OCT 2002)

SECTION D

D02a - PACKAGING AND MARKING REQUIREMENTS (DSCC 52.246-9C41) (MAR 2002)

D03 - PACKING LIST/INVOICE/SHIPPING DOCUMENTS (JUN 2000) (DSCC 52.211-9C17)

D07 - LABELS (JUL 2001) (DSCC 52.211-9C18)

D08 - SHIPPER'S DECLARATION FOR DANGEROUS GOODS (MAR 2002) (DSCC 52.211-9C20)

D14 - PALLETIZATION REQUIREMENTS (DSCC 52.211-9C01) (JUL 2002)

SECTION E

E01 - CLAUSES INCORPORATED BY REFERENCE

E02 - INSPECTION OF SUPPLIES-FIXED PRICE (FAR 52.246-2) (AUG 1996)

E03 - INSPECTION AT ORIGIN (DSCC 52.246-9C01) (JUN 2001)

(c) Inspection Points:

SUPPLIES

( ) Same as Offeror

Applicable to CLIN(s): ______________________

( ) Other (CAGE, Name, Street Address, City, State and Zip Code)

______________________

______________________

______________________

______________________

Applicable to CLIN(s): ______________________

______________________

______________________

______________________

Applicable to CLIN(s): ______________________

PACKAGING

( ) Same as Offeror

Applicable to CLIN(s): ______________________

( ) Same as above

( ) Other (CAGE, Name, Street Address, City, State and Zip Code)

______________________

______________________

______________________

______________________

Applicable to CLIN(s):

Applicable to CLIN(s):

E04 - ACCEPTANCE AT ORIGIN (DSCC 52.246-9C02) (NOV 1995)

E06 - MATERIAL INSPECTION AND RECEIVING REPORT
(DFARS 252.246-7000) (DEC 1991)

E14a - HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (TAILORED ISO 9002) (FEB 1999) (DSCC 52.246-9C44)
NOTICE:
When the Contractor is not the manufacturer of the items to be furnished, the Contractor represents it is offering to furnish items produced in a manufacturing facility conforming to the higher-level quality standard required in this purchase order/contract. When requested, either prior to award or at time of Government inspection, the Contractor shall furnish evidence to document this representation (e.g., the Contractor's purchasing system contracts and records; in-plant audits of the manufacturer's quality system by third parties; registration/certification documents; and/or other relevant supporting documents).

E18 - PRODUCT VERIFICATION TESTING (DLAD 52.246-9004)
(JUN 1998)

E21 - WARRANTY - ACCEPTANCE OF SUPPLIES (DSCC 52.246-9C10)
(FEB 2003)

E23 - SUBSTITUTION OF ITEM AFTER AWARD (DSCC 52.246-9C13)
(JAN 1999)

E28 - DOCUMENTATION OF PART NUMBER CHANGE (DSCC 52.246-9C30)
(JUN 1997)
The offer certifies that the part number (P/N) requested in the Request for Quotation (RFQ) has been changed from
CAGE -
P/N to P/N
and that this is a part number change only.
Reason for change is

E32 - RECORDS RETENTION REQUIREMENTS (DSCC 52.204-9C01)
(JUN 1980)

SECTION F

F01 - SOLICITATION CLAUSES INCORPORATED BY REFERENCE

F05 - SHIPPING INSTRUCTIONS (DOMESTIC) (DSCC 52.247-9C02) (MAY 2002)

F33 - F.O.B. - DESTINATION (FAR 52.247-34) (NOV 1991)

SECTION I

I01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)

I04 - Y2K COMPLIANCE NOTICE (DLAD 52.239-9000) (JUN 2002)

I07 - PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL CONTRACTOR REGISTRATION (FAR 52.232-33) (OCT 2003)

I11 - REQUIRED CENTRAL CONTRACTOR REGISTRATION (DFARS 252.204-7004) (NOV 2001)
(d) Offerors and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or via the Internet at http://www.ccr.gov.

I12 - DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) (DLAD 52.233-9001)
(c) If you wish to opt out of this clause, check here ( ).

I17 - GOVERNMENT SURPLUS MATERIAL (DLAD 52.211-9000) (APR 2002)
(c) With respect to the surplus material being offered, the Offeror represents that:

(1) The material is new, unused, and not of such age or so deteriorated as to impair its usefulness or safety.
Yes ( ) No ( )
The material conforms to the technical requirements cited in the solicitation (e.g., Contractor and Government Entity (CAGE) code and part number, specification, etc.).
Yes ( ) No ( )
The material conforms to the revision letter/number, if any is cited.
Yes ( ) No ( ) Unknown ( )
If no, the revision offered does not affect form, fit, function, or interface.
Yes ( ) No ( ) Unknown ( )
The material was manufactured by:

(Name)

(Address)

(2) The Offeror currently possesses the material.
Yes ( ) No ( )
If no, the Offeror must attach or forward to the Contracting Officer an explanation as to how the offered quantities will be secured. If yes, the Offeror purchased the material from a Government selling agency or other source.
Yes ( ) No ( )
If yes, provide the information below:

Government Selling Agency

Contract Number

Contract Date (Month, Year)

Other Source

Address

Date Acquired (Month/Year)

(3) The material has been altered or modified.
Yes ( ) No ( )
If yes, the Offeror must attach or forward to the Contracting Officer a complete description of the alterations or modifications.

(4) The material has been reconditioned.
Yes ( ) No ( )
If yes, (i) the price offered includes the cost of reconditioning/refurbishment. Yes ( ) No ( ); and (ii) the Offeror must attach or forward to the Contracting Officer a complete description of any work done or to be done, including the components to be replaced and the applicable rebuild standard. The material contains cure-dated components.
Yes ( ) No ( )
If yes, the price includes replacement of cure-dated components. Yes ( ) No ( )

(5) The material has data plates attached.
Yes ( ) No ( ) If yes, the Offeror must state below all information contained thereon, or forward a copy or facsimile of the data plate to the Contracting Officer.

(6) The offered material is in its original package. Yes ( ) No ( ) (If yes, the Offeror has stated below all original markings and data cited on the package; or has attached or forwarded to the Contracting Officer a copy or facsimile of original package markings.)

Contract Number

---

NSN

---

Cage Code

---

Part Number

---

Other Markings/Data

(7) The Offeror has supplied this same material (National Stock Number) to the Government before. Yes ( ) No ( ) If yes, (i) the material being offered is from the same original Government contract number as that provided previously. Yes ( ) No ( ); and (ii) state below the Government Agency and contract number under which the material was previously provided:

---

Agency

---

Contract Number

(8) The material is manufacturered in accordance with a specification or drawing. Yes ( ) No ( ) If yes, (i) the specification/drawing is in the possession of the Offeror. Yes ( ) No ( ); and (ii) the Offeror has stated the applicable information below, or forwarded a copy or facsimile to the Contracting Officer. Yes ( ) No ( )

---

Specification/Drawing Number

---

Revision (if any)

---

Date

(9) The material has been inspected for correct part number and for absence of corrosion or any obvious defects. Yes ( ) No ( ) If yes, (i) Material has been re-preserved. Yes ( ) No ( ); (ii) Material has been repackaged. Yes ( ) No ( ); (iii) Percentage of material that has been inspected is % and/or number of items inspected is ; and (iv) a written report was prepared. Yes ( ) No ( ) If yes, the Offeror has attached it or forwarded it to the Contracting Officer. Yes ( No ( )

(d) The Offeror agrees that in the event of award and notwithstanding the provisions of the solicitation, inspection and acceptance of the surplus material will be performed at source or destination subject to all applicable provisions for source or destination inspection.

(e) The Offeror has attached or forwarded to the Contracting Officer one of the following, to demonstrate that the material being offered was previously owned by the Government (Offeror

check which one applies):
( ) For national or local sales, conducted by sealed bid, spot bid or auction methods, a solicitation/Invitation For Bid and corresponding DRMS Form 1427, Notice of Award, Statement and Release Document.
( ) For DRMS Commercial Venture (CV) Sales, the shipment receipt/delivery pass document and invoices/receipts used by the original purchaser to resell the material.
( ) For DRMS Recycling Control Point (RCP) term sales, the statement of account or billing document.
( ) For property sold under the exchange or sale regulation, conducted by sealed bid, auction or retail methods, a solicitation/Invitation for Bid and corresponding DRMS Form 1427.
( ) When the above documents are not available, or if they do not identify the specific NSN being acquired, a copy or facsimile of all original package markings and data, including NSN, Commercial and Government Entity (CAGE) code and part number, and original contract number. (This information has already been provided in paragraph (c)(6) of this clause. Yes ( ) No ( ).)
( ) When none of the above are available, other information to demonstrate that the offered material was previously owned by the Government. Describe and/or attach.

______________________________________________________________

______________________________________________________________

______________________________________________________________

I18 - PRIORITY RATING (DLAD 52.211-9002) (MAR 2000)

I58 - HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (FAR 52.223-3) (JAN 1997)
MATERIAL IDENTIFICATION NO. (If none, insert "None")

I63 - HAZARD WARNING LABELS (DFARS 252.223-7001) (DEC 1991)
MATERIAL ACT (If none, insert "None")

I64 - MATERIAL SAFETY DATA SHEETS AND HAZARD WARING LABELS (DLAD 52.223-9000) (MAR 1992)
(2) Check here ( ) if an MSDS accompanies your offer. Where this is the case, the MSDS must be identified to the offer, and must cite the solicitation number and the applicable CAGE code of the manufacturer, the part number, and, where so identified, the National Stock Number (NSN).

I67 - DUTY FREE ENTRY (DFARS 252.225-7013) (APR 2003)

I74 - SUBCONTRACTS FOR COMMERCIAL ITEMS (FAR 52.244-6)
(APR 2003)

I78 - CONFIGURATION CONTROL - ENGINEERING CHANGES, DEVIATIONS AND WAIVERS (DSCC 52.248-9C01) (OCT 2000)

I80 - AUTHORIZED DEVIATIONS IN CLAUSES (FAR 52.252-6)
(APR 1984)

I89 - NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE
(FAR 52.219-6) (JUN 2003)

( ) ALTERNATE I (OCT 1995)

---

SECTION K

K01 - SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

K06 - TAXPAYER IDENTIFICATION (FAR 52.204-3) (OCT 1998)
d. Taxpayer Identification Number (TIN).
( ) TIN: ______________________
( ) TIN has been applied for.
( ) TIN is not required because:
( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;
( ) Offeror is an agency or instrumentality of a foreign government;
( ) Offeror is an agency or instrumentality of a Federal, state, or local government;
( ) Other. State basis.

______________________________________

e. Type of Organization.
( ) Sole proprietorship;
( ) Partnership;
( ) Corporate entity (not tax-exempt);
( ) Corporate entity (tax-exempt);
( ) Foreign government;
( ) International organization per 26 CFR 1.6049-4;
( ) Other ______________________
f. Common Parent.
( ) Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
( ) Name and TIN of common parent:
Name:

______________________________________

TIN: ________________________

K08 - DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER
(FAR 52.204-6) (OCT 2003)

K14 - DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT (DFARS 252.209-7002) (SEP 1994)

K27 - SMALL BUSINESS PROGRAM REPRESENTATION (FAR 52.219-1) (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 336992 .

(2) The small business size standard is 1000 .

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ( )is, ( ) is not a veteran-owned small business concern.

(5) [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

The offeror represents

(i) It ( ) is, ( ) is not a HUBZone small business concern

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:

( ) ALTERNATE I (APR 2002)

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision). (The offeror shall check the category in which its ownership falls):

( ) Black American.

( ) Hispanic American.

( ) Native American (American Indians, Eskimos, Aleuts,

or Native Hawaiians).
( ) Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Marianna Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
( ) Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
( ) Individual/concern, other than one of the preceding.

K33 - PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FAR 52.222-22) (FEB 1999)
The offeror represents that --
(a) It ( ) has, ( ) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;
(b) It ( ) has, ( ) has not filed all required compliance reports

K34 - AFFIRMATIVE ACTION COMPLIANCE (FAR 52.222-25) (APR 1984)
The offeror represents that
(a) it ( ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or
(b) it ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.
NOTE: Offeror represents that he ( ) has, ( ) has not, 50 or more employees.

K38 - BUY AMERICAN ACT -- BALANCE OF PAYMENTS PROGRAM CERTIFICATE (DFARS 252.225-7000) (APR 2003)
(c)
(2) The Offeror certifies that the following end products are qualifying country end products:

Line Item Number: ______________________________

Country of Origin: ______________________________
(List only qualifying country end products.)
(3) The following end products are other foreign end products: Line Item Number, Country of Origin (If known)

______________________________________________

______________________________________________

K53 - CERTIFICATION REGARDING KNOWLEDGE OF CHILD LABOR FOR LISTED END PRODUCTS (FAR 52.222-18) (FEB 2001)

Listed End Product: RUBBER
Listed Countries of Origin: BURMA
( ) (1) The offeror will not supply any end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in a corresponding country as listed for that end product.
( ) (2) The offeror may supply an end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture such end product. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

SECTION L

L01 - SOLICITATION PROVISIONS INCORPORATED BY REFERENCE
(FAR 52.252-1) (FEB 1998)

L03 - AVAILABILITY OF SPECIFICATIONS LISTED IN THE DOD INDEX OF SPECIFICATIONS AND STANDARDS (DODISS) AND DESCRIPTIONS LISTED IN THE ACQUISITION MANAGEMENT SYSTEMS AND DATA REQUIREMENTS CONTROL LIST, DoD 5010.12-L. (FAR 52.211-2) (DEC 1999)

L07 - AVAILABILITY OF DRAWINGS (DSCC 52.211-9C13) (JAN 2003)

L08 - REFERENCED SPECIFICATIONS (DSCC 52.211-9C21) (AUG 2001)
The effective issue or revision of specifications, standards, or other documents referenced in the cited specifications or in the purchase item description (Section B) shall be that listed in the Department of Defense Index of Specifications and Standards (DODISS) available at http://assist.daps.mil that is in effect on the first day of the month in which the solicitation is issued.

L09 - CONDITIONS FOR EVALUATION OF OFFERS OF GOVERNMENT SURPLUS MATERIAL (DLAD 52.211-9003) (APR 2002)

L17 - ALL OR NONE (DSCC 52.215-9C01) (JAN 1992)
(a) INDIVIDUAL CLINs
For the individual Contract Line Item Numbers (CLINS) listed below, offers must be submitted on the total quantity of each CLIN and offers for a part of the quantity of any listed CLIN will be rejected. (For Data CLINS, see provision M24 - DLAD 52.217-9000, Data Pricing, Evaluation and Award)
CLIN(s) 0001
(b) CLIN GROUP(s)
For each group of Contract Line Item Numbers (CLINS) listed below, offers must be submitted on the total quantity

of all CLINs within each group, and offers for less than the total quantity comprising the CLIN group will be rejected. (For Data CLINS, see provision M24 - DLAD 52.217-9000, Data Pricing, Evaluation and Award)
CLIN GROUP(s) )

L20 - MANUFACTURING OR PRODUCTION INFORMATION
(DLAD 52.217-9003) (FEB 1996)

L25 - AGENCY PROTESTS (DLAD 52.233-9000) (SEP 1999)

L41 - ACQUISITION OF FEDERAL PRISON INDUSTRIES ITEMS
(DLAD 52.208-9001) (JUNE 2002)

L42 - SET-ASIDES OF ACQUISITIONS OF ITEMS LISTED IN THE SCHEDULE OF PRODUCTS MADE IN FEDERAL PENAL AND CORRECTIONAL INSTITUTIONS (DLAD 52.219-9001) (JUNE 2002)

SECTION M

M07 - AUTOMATED BEST VALUE SYSTEM (ABVS) (DSCC 52.215-9C10)
(JUNE 2002)

| REQUEST FOR QUOTATIONS | | THIS RFQ [X] IS [ ] IS NOT A SMALL BUSINESS SET-ASIDE | | PAGE 1 OF PAGES 13 |
|---|---|---|---|---|
| 1. REQUEST NO. SP0750-04-Q-A827 | 2. DATE ISSUED 2003 NOV 17 | 3. REQUISITION/PURCHASE REQUEST NO. RPC03251000965 | 4. CERT. FOR NAT. DEF. UNDER BDSA REG.2 AND/OR DMS REG. 1 | RATING DOA4 |

**5. ISSUED BY**
Defense Supply Center Columbus
3990 E.Broad St.
P.O. Box 16704
Columbus,OH 43216-5010
Rose Maynard, PLLEBA2
PHONE: (614) 692-1375 FAX: (614)693-1577
E-mail: Rose.Maynard@dla.mil

**6. DELIVER BY** *(Date)*
Deliver within 180 days ADO

**7. DELIVERY**
[X] FOB DESTINATION [ ] OTHER *(See Schedule)*

**8. TO:**

**9. DESTINATION**
a. NAME OF CONSIGNEE
See Schedule
b. STREET ADDRESS
c. CITY
d. STATE e. ZIP CODE

**10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE IN BLOCK 5 ON OR BEFORE CLOSE OF BUSINESS** *(Date)*
2003 NOV 24

IMPORTANT: This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it to the address in Block 5. This request does not commit the Government to pay any costs incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to this Request for Quotations must be completed by the quoter.

**11. SCHEDULE** *(Include applicable Federal, State and local taxes)*

*See attached schedule to complete quote information.*

Quoter must also complete the following:

a. Quotation is valid for 90 days from date specified in Block 10 above unless otherwise indicated: ____________.

b. Prices quoted are:
- [ ] Contained in Commercial Catalog or Published Price List No.____________ dated ____________ page____________.
- [ ] Contained in Internal Price List No. ____________dated ____________, which may be examined at our facility.
- [ ] Commercial sales of comparable quantities: Quantity ____________; Price ____________; Customer ____________.
- [ ] Other (provide basis) ____________________________.

c. FOB Point: [ ] Destination

[ ] Origin Shipping Point (City, State) ____________________

d. If delivery period shown in Block 6 is unacceptable, provide best possible delivery:____________________.

e. Remittance Address (Name, Street, City, State, ZIP): Same as Block 13 unless otherwise indicated below:

______________________________
______________________________
______________________________
______________________________

f. Vendor FAX Number: Vendor Toll-Free Number: Vendor E-mail:

| 12. DISCOUNT FOR PROMPT PAYMENT | a. 10 CALENDAR DAYS (%) | b. 20 CALENDAR DAYS (%) | c. 30 CALENDAR DAYS (%) | d. CALENDAR DAYS NUMBER | PERCENTAGE |
|---|---|---|---|---|---|
| | | | | | |

NOTE: Additional provisions and representations [X] are [ ] are not attached.

| 13. NAME AND ADDRESS OF QUOTER | | | 14. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION | 15. DATE OF QUOTATION |
|---|---|---|---|---|
| a. NAME OF QUOTER | CAGE | | | |
| b. STREET ADDRESS | | | 16. SIGNER | |
| c. COUNTY | | | a. NAME *(Type or print)* | b. TELEPHONE AREA CODE |
| d. CITY | e. STATE | f. ZIP CODE | c. TITLE *(Type or Print)* | NUMBER |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable.
PerFORM (DLA)
STANDARD FORM 18 (REV. 6-95)
Prescribed by GSA-FAR (48 CFR) 53.215-1(a)

| CONTINUATION SHEET | Solicitation Number: SP0750-04-Q-A827 | PAGE 2 | OF PAGES 13 |
| --- | --- | --- | --- |

## SECTION B

PR: RPC03251000965
NSN: 2530-00-832-5258

ITEM DESCRIPTION:
HOUSING ASSEMBLY, SUSPENSION. CAST STEEL ARMOR. USE DRAWING 8676189, REVISION J, FOR THE ITEM'S GRAPHICS; REVISION K FOR ALL ELSE. THE 8-3/8 (8.38) INCH DIMENSION IN SECTION E-E SHALL HAVE A TOLERANCE OF +/- 0.06.

'CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS.'

THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A 'TAILORED' PROGRAM MEETING THE FOLLOWING ISO 9002 PARAGRAPHS APPLIES:
4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT
4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED
4.7, CUSTOMER-SUPPLIED PRODUCT:
4.8, PRODUCT IDENTIFICATION & TRACEABILITY:
4.10, INSPECTION & TESTING:
4.11, INSPECTION, MEASURING & TEST EQUIPMENT:
4.12, INSPECTION AND TEST STATUS:
4.13, CONTROL OF NONCONFORMING PRODUCT:
4.14, CORRECTIVE AND PREVENTIVE ACTION: PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY
4.16, QUALITY RECORDS:
FAR CLAUSE 52.246-11 APPLIES

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).

DLAD CLAUSE 52.246-9004, PRODUCT VERIFICATION TESTING, IS HEREBY INCORPORATED, AND MAY BE INVOKED AT THE DISCRETION OF THE PROCUREMENT ACTIVITY.

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | Solicitation Number: SP0750-04-Q-A827 | PAGE 3 | OF | PAGES 13 |
|---|---|---|---|---|

**SECTION B**

CRITICAL APPLICATION ITEM

I/A/W DRAWING NR 19207 12369003
REFNO DTD 1987 NOV 20
AMEND NR E DTD 2001 FEB 28
TYPE NUMBER:
SPECIFICATION

I/A/W DRAWING NR 19207 8364404
REFNO DTD 1952 JUN 29
AMEND NR F DTD 1999 OCT 31
TYPE NUMBER:
'DETAILED DRAWING (ONE ITEM)'

I/A/W DRAWING NR 19207 8676189
REFNO DTD 1958 NOV 26
AMEND NR K DTD 1997 OCT 31
TYPE NUMBER:
'DETAILED DRAWING (ONE ITEM)'

I/A/W DRAWING NR 19207 8676189
REFNO DTD 1958 NOV 26
AMEND NR J DTD 1988 AUG 01
TYPE NUMBER:
'REFERENCE MATERIAL-INCLUDES HANDBOOKS, MANUALS, PRICE LISTS, REGISTRIES, DIRECTORIES, BOOKS, ETC.'

I/A/W DRAWING NR 19207 8676190
BASIC DTD 1958 NOV 26
AMEND NR F DTD 1997 OCT 31
TYPE NUMBER:
'DETAILED DRAWING (ONE ITEM)'

I/A/W DRAWING NR 19207 8676210
REFNO DTD 1951 NOV 26
AMEND NR B DTD 1997 SEP 30
TYPE NUMBER: RADIOGRAPHIC POSITION CHART
'DETAILED DRAWING (ONE ITEM)'

I/A/W STD NR MIL-HDBK-1265 (MIL-R-11469)
REFNO DTD 1998 AUG 19
AMEND NR DTD 19
TYPE NUMBER:
THE SPECIFICATION OR STANDARD CITED IS TO BE USED IN LIEU OF THE DOCUMENT IDENTIFIED WITHIN THE PARENTHESES.

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | Solicitation Number: SP0750-04-Q-A827 | PAGE 4 | OF | PAGES 13 |
|---|---|---|---|---|

**SECTION B**

I/A/W SAE AS15003 (MS15003)
REFNO DTD 2001 MAY 01
AMEND NR DTD 19
TYPE NUMBER:
THE SPECIFICATION OR STANDARD CITED IS TO BE
USED IN LIEU OF THE DOCUMENT IDENTIFIED WITHIN
THE PARENTHESES.

| ITEM | PR | PRLI | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | RPC03251000965 | 0001 | 146 | EA | $________ | $________ |

DELIVER FOB: See Clause
QTY VARIANCE: PLUS See Clause MINUS See Clause
INSP/ACCEP POINT: See Clause

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 20: CLNG/DRY = 1: PRESV MAT = 09:
WRAP MAT = GB: CUSH/DUNN MAT = AD: CUSH/DUNN THKNESS = X:
UNIT CONT = E5: OPI = O:
INTRMDTE CONT = DO: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 - NO SPECIAL MARKING.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV D
DATED 1277
SUPPLEMENTAL INSTRUCTIONS

DOD BAR CODE MARKING REQUIRED IN ACCORDANCE WITH
MIL-STD-129 (LATEST REVISION) MARKING AND BAR
CODING IN ACCORDANCE WITH AIM BC1.

PARCEL POST/FREIGHT ADDRESS:

SW3120
DEF DIST DEPOT ANNISTON
TRANS OFFICER 256-235-6031
7 FRANKFORD AVE BLDG 362
ANNISTON AL 36201-4199

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SP0750-04-Q-A827 | PAGE 5 | OF PAGES 13 |
|---|---|---|---|

Full text of all DLAD/DSCC clauses listed within this individual solicitation are contained in the DSCC Master Solicitation, current version found at http://DIBBS.dscc.dla.mil/refs/provclauses . Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at http://www.dla.mil/j-3/j-336/icps.htm
The clauses/provisions incorporated by reference have the same force and effect as if they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of an inconsistency between the Master Solicitation and the individual solicitation/award, the provision of the individual solicitation/award shall govern.

DSCC NOTE - PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL CONTRACTOR REGISTRATION: Unless otherwise stated in the remarks section of this contract/order, the payment information contained in the CCR has precedence over any other payment information that may be printed in the Remittance Address field of this contract/order.

For Simplified Acquisitions (under $100,000) quoters may respond electronically via the DSCC Internet Bid Board System (DIBBS) at http://DIBBS.dscc.dla.mil or by facsimile to the buyer's fax number.

SECTION B

B02 - QUANTITY BREAK (DLAD 52.213-9000) (MAR 1988)

B03 - DSCC WEB SITE (DSCC 52.204-9C03) (OCT 2002)

The DSCC Master Solicitation is available on the Internet via the DSCC Web Site at http://DIBBS.dscc.dla.mil
Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at http://www.dla.mil/j-3/j-336/icp.htm

SECTION D

D02a - PACKAGING AND MARKING REQUIREMENTS (DSCC 52.246-9C41) (MAR 2002)

Packaging and marking requirements for items being procured shall be accomplished as stated herein. (See Section B)

The items identified in Section B shall be Preserved, Packaged, Packed and Marked in accordance with MIL-STD-2073-1D and Marked in accordance with MIL-STD-129N.

D03 - PACKING LIST/INVOICE/SHIPPING DOCUMENTS (JUN 2000) (DSCC 52.211-9C17)

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following: Complete MARK FOR including requisition (TCN) number; Order Number; CLIN; National Stock Number (NSN) or Part Number if NSN is not available; Quantity; Unit of Issue; and Preparation for Delivery requirements such as MIL-STD-2073 Coded Packaging, QUP, and Military Preservation Methods.
(c) In addition for all DIRECT SHIPMENTS to overseas AND domestic consignees, including shipments to Consolication and Containerization, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/ exterior pack. (This paragraph 'c' is not applicable to shipments to a Government Packing Facility)

D07 - LABELS (JUL 2001) (DSCC 52.211-9C18)

DD Form 1387, Military Shipment Labels, are required for all overseas shipments to water or air terminals and Consolidation and Containerization Points and must be used in accordance with 4.3 of MIL-STD-129N. Although use of the DD Form 1387 is not required, it is preferred for shipments to CONUS locations as well. (Labels are not required for Parcel Post shipments to any destination.) A copy of the DD Form 1387 may be downloaded at www.dscc.dla.mil/Offices/Packaging/Forms.html.

D08 - SHIPPER'S DECLARATION FOR DANGEROUS GOODS (MAR 2002) (DSCC 52.211-9C20)

Any item that contains dangerous material which by virtue of its properties is flammable, corrosive, combustible, explosive, toxic, radioactive, unduly magnetic, or which contains oxidizing agents or is otherwise hazardous shall not be offered for transportation by military air until properly packed and marked in accordance with military publication Preparation of Hazardous Materials for Military Air Shipment, AFM 24-204/TM 38-250/NAVSUP PUB 505/MCO P4030.19H, DLAI 4145.3. A Shipper's Declaration for Dangerous Goods shall be prepared and affixed to each package in accordance with MIL-STD-129N and the military publication cited above.

D14 - PALLETIZATION REQUIREMENTS (DSCC 52.211-9C01) (JUL 2002)

Shipments of identical items packed in four or more shipping containers exceeding a total of 48 cubic feet per destination shall be palletized except when the shipping containers are required to be skidded or a quantity of four shipping containers per pallet exceeds the size or weight limitations for palletized loads. Complete information concerning requirements for palletization can be found at:

http://www.dscc.dla.mil/downloads/packaging/dc1636p001.doc

SECTION E

E01 - CLAUSES INCORPORATED BY REFERENCE

FAR 52.246-16 - Responsibility for Supplies (APR 1984)

E02 - INSPECTION OF SUPPLIES-FIXED PRICE (FAR 52.246-2) (AUG 1996)

E03 - INSPECTION AT ORIGIN (DSCC 52.246-9C01) (JUN 2001)

(a) Inspection for compliance with contract requirements will be performed at origin by an authorized Government inspector.
(b) Inspection prior to shipment will be based on the following:
(1) For CLIN(S) described by a Military or Federal specification or purchase description contractor must present evidence showing compliance with all contract and specification requirements including preparation for delivery.
(2) For CLIN(S) described by manufacturer's name/code and part number,
(i) Contractor must present evidence of performance of all quality assurance requirements specified in the contract and assure that item will serve its intended purpose by performing examinations and tests to determine (A) completeness of item, (B) absence of rust, contamination, or deterioration, (C) correct identification, (D) absence of any damage, and (E) compliance with preparation for delivery. If the contractor is not the manufacturer of the supplies, evidence must be furnished to establish that the supplies were produced by the manufacturer.
(ii) The word 'manufacturer' means the actual manufacturer of each CLIN. The QAR may require that evidence be furnished establishing the name and address of the plant that manufactures each CLIN to assure that a domestic product is being supplied.
(3) For CLIN(S) designated as Former Government Surplus (whether described by manufacturer's name/code and part number, or by Military or Federal specification or drawing); the original package markings of each item shall be verified to previous Government contract number and part number (as specified in DLAD Clause 52.211-9000, Section I of the award). Any deviation from this number shall be cause for rejection of the item.
Note: Additional inspection requirements may be required, based on the evaluation of the surplus offer, by the procuring activity. Such additional requirements, if necessary, will be identified before the award.

(c) Inspection Points:

SUPPLIES
( ) Same as Offeror
Applicable to CLIN(s): ________________

CONTINUED ON NEXT PAGE