# In the United States Court of Federal Claims

**No. 05-183 C**

**KAEPER MACHINE, INCORPORATED**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's opinion, filed November 16, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for the government, and the complaint is dismissed. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

November 20, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.